IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CITY OF DALLAS,<br><br>        *Plaintiff*,<br><br>v.<br><br>DELTA AIR LINES, INC., SOUTHWEST AIRLINES CO., VIRGIN AMERICA INC., AMERICAN AIRLINES, INC., UNITED AIRLINES, INC., SEAPORT AIRLINES, INC., UNITED STATES DEPARTMENT OF TRANSPORTATION, AND THE FEDERAL AVIATION ADMINISTRATION<br><br>        *Defendants*. | § § § § § § § § § § § § § § § § § <br><br>CIVIL ACTION NO. 3:15-CV-02069-K |

### NOTICE OF APPEARANCE

Please take notice of the appearance of Jennifer E. Trock of Pillsbury Winthrop Shaw Pittman LLP, 1200 Seventeenth St NW, Washington, DC, 20036, as counsel for Delta Air Lines, Inc., defendant.

DATED:  June 24, 2015                                         Respectfully submitted,

                                                     */s/ Jennifer E. Trock*
                                                   Jennifer E. Trock
                                                      DC Bar No. 486098
                                                      Pro hac vice application pending
                                                   PILLSBURY WINTHROP SHAW PITTMAN
                                                 1200 Seventeenth Street NW
                                                 Washington, DC 20036
                                                 (202) 663-9179
                                                 jennifer.trock@pillsburylaw.com

                                                 *Counsel for Defendant Delta Airlines, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 24th day of June, 2015, I served the electronically submitted the Notice of Appearance with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

                                                     */s/ Jennifer E. Trock*  
                                                     Jennifer E. Trock