



Bangkok
Beijing
Boston
Chennai
Chicago
London
Los Angeles
Melbourne
Milan
Mumbai
Munich
New Delhi
New York
Paris
San Francisco
São Paulo
Seoul
Shanghai
Singapore
Sydney
Tokyo
Wrocław

# Love Field Gate Recommendations
Assessment of optimal use of American's divested
Love Field gates for the City of Dallas

April 22, 2014

The materials contained in this document are intended to supplement a
discussion between the City of Dallas and L.E.K. Consulting on April 22,
2014.  These perspectives are confidential and will only be meaningful
to those in attendance.

L.E.K. Consulting llc, 75 State Street, 19th Floor, Boston, MA 02109, USA
t: 617.951.9500   f: 617.951.9392   www.lek.com

**EXHIBIT 3**

This report has been prepared by L.E.K. Consulting LLC ("L.E.K.") for the City of Dallas, Inc. (the "User") in connection with a specified scope of work described in the letter of engagement with the Client (the "Project"). The defined term "L.E.K." shall mean L.E.K. and its affiliates, and each of their former, current or future owners, partners, members, directors, managers, officers, directors, employees, attorneys and agents and the successors and assigns of the foregoing persons. L.E.K. reserves the right to amend, supplement or replace this report at any time. User shall not rely on any oral communications by L.E.K. employees or representatives with respect to the Project, and the opinions, projections, estimates and conclusions of L.E.K. are solely those set forth in and qualified by this report.

The sole purpose of this report is to assist User in evaluating the Project and this report shall not be used for any other purpose. User acknowledges that it has, either alone or in conjunction with its advisors, made an independent investigation into the advisability of the Project and that this report is not the sole basis for User's ultimate course of action with respect to the Project. L.E.K. is not and shall not be responsible for decisions made by User.  No third party shall be a beneficiary of the report or have any right to rely upon the report, and L.E.K. is not, and shall not be, responsible for any third party's review or use of the report.

User may not distribute, reproduce, disclose, or describe this report, in whole or in part, to any third party unless and until (a) User receives the prior written consent of L.E.K. (which consent may be withheld for any or no reason in L.E.K.'s sole and absolute discretion) and such third party executes L.E.K.'s standard non-reliance and release agreement or (b) L.E.K. Consulting has provided its consent.

This report is based on information available at the time this report was prepared and on certain assumptions, including, but not limited to, assumptions regarding future events, developments and uncertainties and contains "forward-looking statements" (statements that may include, without limitation, statements about projected revenues, earnings, market opportunities, strategies, competition, expected activities and expenditures, and at times may be identified by the use of words such as "may", "could", "should", "would", "project", "believe", "anticipate", "expect", "plan", "estimate", "forecast", "potential", "intend", "continue" and variations of these words or comparable words).

L.E.K. is not able to predict future events, developments and uncertainties. Consequently, any of the forward-looking statements contained in this report may prove to be incorrect or incomplete, and actual results could differ materially from those projected or estimated in this report. L.E.K. undertakes no obligation to update any forward-looking statements for revisions or changes after the date of this report and L.E.K. makes no representation or warranty that any of the projections or estimates in this report will be realized. Nothing contained herein is, or should be relied upon as, a promise or representation as to the future.

1

CONFIDENTIAL
© 2014 L.E.K. Consulting LLC.  All rights reserved.

L.E.K.

## Agenda

- ● Background and objectives

- ● Review of airline proposals and recommendations

- ● Appendix

CONFIDENTIAL
© 2014 L.E.K. Consulting LLC.  All rights reserved.

**L.E.K.**

# Dallas Love Field (DAL) is located in the City of Dallas and is currently restricted to 20 gates

| Description | Aerial view | Neighboring airports |
|---|---|---|
| Dallas Love Field (DAL) is a city-owned public airport 6 miles northwest of downtown Dallas, Texas. It was Dallas' main airport until 1974 when Dallas/Fort Worth International Airport opened | | |

| Key  Operational Statistics | Route network | |
|---|---|---|
| • Number of aircraft gates: 20*<br><br>• Annual passengers*: 8.1M (2013)<br><br>• Non-stop destinations: 44**<br><br>• Active passenger airlines: 4 | The ten busiest domestic routes out of DAL from Oct 2012- Oct 2013^^:<br><br>1. Houston, TX   6. New Orleans, LA<br>2. San Antonio, TX  7. Albuquerque, NM<br>3. Austin, TX   8. Lubbock, TX<br>4. Kansas City, MO  9. El Paso. TX<br>5. St. Louis, MO  10. Midland, TX | • Dallas Fort Worth (DFW), the primary international airport in the D/FW Metroplex and the largest hub for American Airlines |

| Airline market share^^ | Strategic context |
|---|---|
| 1. Southwest:  96%<br><br>2. United:  2%<br><br>3. Delta^:  2% | • Due to the Wright Amendment Reform Act of 2006, in October of 2014, direct flights are no longer limited to the 9 nearby states<br>• Southwest Airlines' corporate headquarters is at Love Field, and Dallas is a focus city for them<br>• As a result of the American-USAirways merger, AA must divest its 2 gates at DAL<br>• The close proximity to downtown Dallas and limited gate availability have generated significant interest in the 2 American gates |

Note:   * Given the Wright Amendment Reform Act of 2006, Love field's capacity is limited to 20 gates; ^ Following the merger of  American and US Airways, the U.S. DOJ is requiring  American's 2 gates (currently sub-leased to Delta) to be divested at DAL **Nonstop flights with more than 50 passengers per day  ^^Based on pax
Source:   L.E.K. analysis of ARN Fact book, City of Dallas, Diio Mi; Bing Maps

CONFIDENTIAL
© 2014 L.E.K. Consulting LLC.  All rights reserved.

L.E.K.

# With the expiration of the Wright Amendment, 14 of the top 20 destinations from the Dallas/Fort Worth Metroplex will be served by DAL

**Top 20 destinations from the D/FW Metroplex – both DAL and DFW (Q3 2012 – Q3 2013)**

| Rank | Destination* | Daily pax (incl. connect) | DAL service |
|------|-------------|---------------------------|-------------|
| 1 | LAX | 2,124 | Planned |
| 2 | NYC | 1,965 | Planned |
| 3 | CHI | 1,652 | Planned |
| 4 | WAS | 1,499 | Planned |
| 5 | SFO | 1,300 | No Service |
| 6 | DEN | 1,261 | Planned |
| 7 | ATL | 1,234 | Planned |
| 8 | LAS | 1,208 | Planned |
| 9 | HOU | 1,066 | Currently Served |
| 10 | MCO | 910 | Planned |

| Rank | Destination* | Daily pax (incl. connect) | DAL service |
|------|-------------|---------------------------|-------------|
| 11 | BOS | 843 | No Service |
| 12 | SAT | 765 | Currently Served |
| 13 | PHX | 692 | Planned |
| 14 | PHL | 687 | No Service |
| 15 | SEA | 682 | No Service |
| 16 | MSY | 638 | Currently Served |
| 17 | SAN | 616 | Planned |
| 18 | MSP | 590 | No Service |
| 19 | DTW | 565 | No Service |
| 20 | MCI | 557 | Cur ently Served |



- *Currently served by DAL*
- *Planned service from DAL*
- *No service from DAL*

Note:   * NYC (LGA, JFK, EWR, HPN), LAX (LAX, BUR, SNA, ONT, LGB), CHI (ORD, MDW), WAS (DCA, IAD, BWI) SFO (SFO, SJC, OAK) **Nonstop flight offered to destination from DAL or DFW ^Average of 75% to 85% load factor ^^Some flights may be operated by an E75 with the same number of seats ***Based on the assumption that Delta  only gets two gates
Source:   L.E.K. analysis of Diio Mi

4

CONFIDENTIAL
© 2014 L.E.K. Consulting LLC.  All rights reserved.

L.E.K.

# In its settlement with American, the DOJ is requiring AA to divest its two preferential use gates at Dallas Love Field (DAL)

- American Airlines will have to relinquish the gates at all airports under "commercial terms and conditions identical to those pursuant to which the gates and facilities are leased to New American"
  - There is no restriction on whether American can receive compensation for sub-leasing the gates
- The DOJ's intent with the divestiture is to create competition for American out of Dallas by leveraging the more convenient location of DAL to give an advantage to a new entrant
  - The DOJ claims rights to approve the selected carrier; their focus is on increased competition and facilitating new opportunities for low cost carriers

  "… The goal of the divestiture remedy is to enhance the ability of the LCCs to frustrate coordination among the legacy carriers …"

     The U.S. Department of Justice

- The DOJ prefers the gates be assigned to an LCC versus remain open for common use, to ensure that a new entrant has the right number and time for slots to compete effectively
- The final agreement prohibits the merged company from reacquiring an ownership interest in the divested slots or gates

  "… Section XII of the proposed Final Judgment prohibits the merged company from reacquiring an ownership interest in the divested slots or gates during the term of the Final Judgment …"

     The U.S. Department of Justice

Source: The U.S. Department of Justice

5

CONFIDENTIAL
© 2014 L.E.K. Consulting LLC.  All rights reserved.

**L.E.K.**

## The City of Dallas is looking for a recommendation on the optimal use of American's two gates at DAL

- The close proximity of DAL to downtown Dallas and limited gate availability has generated significant interest in these gates from other airlines, including:

   – Southwest (based in Dallas and currently the largest operation at DAL)

   – Delta (currently sub-leases the two AA gates)

   – Virgin America (potential new entrant at DAL)

- Given the critical role that DAL airport plays in the local economy and the important service they provide for the citizens of Dallas, the City is looking to develop a framework for evaluating potential new airline tenants for the gates

- The City of Dallas is seeking to establish a clear position on what the optimal outcome is for the City and its residents

CONFIDENTIAL
© 2014 L.E.K. Consulting LLC.  All rights reserved.

# The intent of this project is to identify the best new use of the AA gates at DAL for the City of Dallas, its citizens, and DAL itself

## Primary Objective

- The primary objective of this project is to provide a framework for the City to evaluate the best use of American Airlines' divested gates at DAL and a well-reasoned position on the optimal outcome of the current process for the City of Dallas

## Key Issues

- What overall objectives should guide the City's assessment of potential new airline tenants for the DAL gates?

- Who are the key stakeholders in the decision to award American Airlines' divested gates at DAL?

- What are the primary interests of each stakeholder group as they relate to the awarding of the DAL gates?

- What is an appropriate framework for evaluating the options and determining the optimal solution for the City?

- What specific criteria should be used to determine the "best" use of the gates for the City of Dallas?  How should those criteria be weighted?

- How does each candidate airline rate across the key evaluation criteria?

- Overall, which airline (or airlines) represent the best fit for the DAL gates given the City's objectives and why?

CONFIDENTIAL
© 2014 L.E.K. Consulting LLC.  All rights reserved.

# The City of Dallas selected L.E.K. Consulting to conduct this work based on L.E.K.'s reputation and experience as a leading aviation strategy advisor

## L.E.K. Aviation Credentials

- More than 25 years successfully advising on strategic issues in the aviation sector globally, with a combination of airline and airport advisory experience that is unique among consultants in the industry

- Leading strategic advisor to the global airline industry, where clients include more than half of the top 50 airlines around the world by market capitalization, including both major network carriers and leading LCCs
  - 2 of the 3 largest airline mergers in industry history
  - 2 of the 3 largest frequent flier programs in the industry
  - Chief architect of the merchandizing (ancillary revenue) movement in the U.S. industry and internationally

- Extensive work with leading airports and airport groups around the globe
  - Buy- and sell-side advisory work for airport privatizations
  - Commercial air service development strategies
  - Traffic forecasting
  - Retail master plan development

CONFIDENTIAL
© 2014 L.E.K. Consulting LLC.  All rights reserved.

# To complete this assessment, L.E.K. conducted extensive secondary research, leveraged internal expertise, and conducted independent analysis

| L.E.K. did do | L.E.K. did <u>not</u> do |
|---|---|
| • Worked with DAL and the city of Dallas to understand their primary objectives, views of key stakeholders, and other relevant criteria | • Perform an in-depth, industry wide analysis on each potential airline that may or may not be interested in the DAL gates |
| • Reviewed relevant proposals and materials prepared by airlines seeking to win the DAL gates | • Conduct an interview campaign for each primary and secondary stakeholder to reinforce our independent assumptions |
| • Identified and outlined the key stakeholders | • Perform forecasting analysis to determine future passenger traffic for each gate and potential airline, including any QSI analysis |
| • Leveraged L.E.K. experience with airport development to outline high level objectives for each stakeholder | |
| • Developed an evaluation framework and determined the relative importance of each scoring criterion | • Perform a route-level fare analysis to evaluate each potential possibility created with different entrants and scenarios |
| • Identified several potential gate-award scenarios | • Discuss this issue with any carrier, including those submitting a proposal |
| • Conducted secondary research and independent analysis to determine the attractiveness of each potential gate-award scenario | • Receive input from City officials on their desired outcome |
| • Recommended a best case scenario for the City based on L.E.K.'s view of the relative importance of each objective | |

CONFIDENTIAL
© 2014 L.E.K. Consulting LLC.  All rights reserved.

L.E.K.

## Agenda

- Background and objectives

- Review of airline proposals and recommendations

- Appendix

CONFIDENTIAL
© 2014 L.E.K. Consulting LLC.  All rights reserved.

**Review of airline proposals**

# Delta (DL), Virgin America (VX), and Southwest (WN), have expressed interest in American's (AA) two gates at DAL







| | Delta Air Lines | Virgin America | Southwest |
|---|---|---|---|
| **Proposed routes (flights/day)** | • ATL (6)<br>• LGA (5)<br>• MSP (3)<br>• DTW (3)<br>• LAX (5) | • LAX (4)<br>• SFO (4)<br>• LGA (4)<br>• DCA (4)<br>• ORD (2) | • CLT • SFO • BOS<br>• PHL • SJC • RDU<br>• DTW • OAK • MEM<br>• MSP • SMF • IND<br>• EWR • SEA • ECP<br>    • PDX • CHS |
| **Proposed aircraft** | • CRJ-900 (76 seats)<br>• Boeing 717 (110 seats) | • A320 (146 seats) | • 737-700 (143 seats)<br>• 737-800 (175 seats) |
| **Additional considerations** | • Requesting gates for common use, which Delta would then use as needed<br>• Requires 3 gates for its full plan, implying potential access to United's gates | • Dallas area expansion plans contingent upon obtaining 2 DAL gates<br>• Virgin has stated that they would exit DFW | • Southwest already has 16 of 20 gates at DAL<br>• Southwest cannot fly out of DFW without relinquishing DAL gates, so this is their most realistic expansion opportunity |
| **Proposal thesis** | • Provide DAL with 1-stop access to global destinations | • Offer a competing network of flights with a differentiated product and lower fares to large business markets from DAL | • Introduce meaningful competition to American Airlines and more destinations from DAL |

Source:  L.E.K. analysis of formal airline proposals, announced intentions of gate usage by carriers, previous airline behavior

11

CONFIDENTIAL
© 2014 L.E.K. Consulting LLC.  All rights reserved.

**L.E.K.**

# Given the City's responsibilities, Dallas residents and the local business community should be seen as the primary stakeholders in the gate decision

## Stakeholders

## Primary needs and motivations:

| Primary stakeholders | Dallas residents | • Greatest number of non-stop destinations from Dallas (DAL + DFW)<br>• Low fares |
| --- | --- | --- |
| | Local business community | • Greatest number of non-stop destinations from Dallas (DAL + DFW)<br>• Best possible flight schedule / frequency of service<br>• New convenient premium class service at DAL<br>• Increased business activity |

| Secondary stakeholders | DAL airport | • Maximum traffic through the airport, increasing airport revenues<br>• Minimum risk of airline service level changes |
| --- | --- | --- |
| | DAL airport employees | • Maximum job creation |
| | DFW airport | • Minimum direct route overlap between DFW and DAL, to reduce potential passenger loss |

| Other stakeholders *not included in this analysis* | DOJ | • Increased competition for AA in Dallas<br>• Greater LCC presence in Dallas and nationally |
| --- | --- | --- |
| | American Airlines | • Minimize number of competitors in the Dallas area<br>• Minimize direct route overlap |

> We have excluded "other stakeholder" considerations from our analysis in order to remain objective; The DOJ's needs do not necessarily overlap with the needs of the primary stakeholders

Source:  L.E.K. analysis

12

CONFIDENTIAL
© 2014 L.E.K. Consulting LLC.  All rights reserved.

# The City's main objective should be to maximize O&D passenger throughput across both DAL and DFW, as that would represent maximum utility for stakeholders

| Objectives | | Needs met | Stakeholders supported |
|---|---|---|---|
| **Tier 1 objectives** | **1** Increase non-stop destinations from DAL | ● More non-stop destinations from DAL | Residents<br>Business community |
| | **2** Maximize O&D passenger throughput across DAL & DFW | ● Greatest number of key routes being served (demonstrated by demand)<br>● Maximize DAL aero & non-aero revenue<br>● Maximize local economic growth<br>● Maximize indirect jobs in Dallas | Residents<br>Business community<br>DAL airport<br>DAL airport employees |
| **Tier 2 objectives** | **3** Lower fares from DAL | ● Lower fares caused either by an increase in competition or new LCC entrant | Residents<br>Business community |
| | **4** Minimize route overlap with DFW | ● Limited cannibalization of existing DFW passenger volume | DFW Airport<br>AA |
| | **5** Add convenient premium class service at DAL | ● New premium (first class) service to key cities from the more convenient DAL location (vs. DFW) | Business community<br>Residents |
| **Tier 3 objectives** | **6** Increase number of DAL jobs | ● Increase DAL jobs | DAL airport<br>DAL airport employees |
| | **7** Airline stability and commitment at DAL | ● Minimize risk to DAL and City of Dallas given reliance on limited airlines; ensure longstanding commitment | Residents<br>DAL airport<br>DAL airport employees |
| | **8** Add a partner that will contribute to the community | ● Commitment to the community | Residents<br>Business community |

Source:  L.E.K. analysis

13

CONFIDENTIAL
© 2014 L.E.K. Consulting LLC.  All rights reserved.

Non-stop destinations from DAL

# ① Southwest's proposal would likely lead to the highest number of non-stop destinations from DAL

### Proposed DAL destination airports for WN, VX and DL



| Airline | Proposed destinations |
|---|---|
|  | 17 |
|  | 5 |
|  | 5 |

All 5 of DL's and 3 of VX's proposed destinations are covered by WN's plans

All 3 airlines would serve LAX

All 3 airlines would serve LGA

Legend: WN · VX · DL

Cities shown: SEA, PDX, SMF, SFO, SJC, OAK, LAX*, MSP, DTW, ORD, IND, EWR, LGA*, BOS, PHL, DCA, MEM, CLT, RDU, ATL*, CHS, ECP, DAL

Note:    * Current/planned WN destinations w/out gates  ^Includes destinations from Delta's and Virgin's proposals that Southwest is already planning to fly with its existing gates
Source:  L.E.K. analysis of company proposals and Dio Mii

CONFIDENTIAL
© 2014 L.E.K. Consulting LLC.  All rights reserved.



## ② Based on fleet plans and potential cannibalization at DFW, Southwest would likely drive the most passenger traffic across both DAL & DFW

### Potential DAL passengers per day by aircraft type



### Commentary

- Based on intended aircraft and gate usage, Southwest is projected to have the highest passenger throughput for DAL

  - While Southwest claims 737-800s would be deployed, 737-700s are more probable on marginal routes

- Virgin could serve nearly as many DAL pax as Southwest, but at some risk to DFW

  - While Virgin proposes using A320s; we have assumed they would split their service between A319s and A320s as a new entrant

  - As Virgin will be pulling out of DFW, the net impact to the Metroplex could only be 1,200 – 1,300 pax/day

- With smaller aircraft planned, Delta is expected to serve fewer passengers than WN or VX

  - Delta proposes using 16 CRJ-900s; while they suggest a 3rd gate would be necessary, we have capped their total flights at 20, matching Southwest

  - As these services would overlap with existing DFW service, it is likely that a substantial number of pax would be pulled from the existing service

Note:    * Calculated as (aircraft seats) x (flights/day) x (system-wide load factor); ** Max potential assumed to be 11 turns per day based on Southwest performance at
MDW; typical efficient gate usage is 7-8 turns per day;  *** 2012 system wide load factor; ^ Some flights may be operated by an E175 with the same number of
seats; ^^ Based on the assumption that Delta only gets two gates (proposing 16 total for 3 gates)
Source: L.E.K. analysis of ADP; company proposals; company seating charts

CONFIDENTIAL
© 2014 L.E.K. Consulting LLC.  All rights reserved.

**O&D passenger throughput across DAL & DFW**

## ② The Southwest and Delta proposals likely represent the maximum daily usage of the available gates

**Maximum efficient gate usage**
Number of gate turns per day



- Maximum efficient gate usage is based on three main factors:
  - (1) Size of aircraft, as larger aircraft take longer to turn
  - (2) Airline operational efficiency, as certain airlines perform better at catering, fueling, inspecting, and loading aircraft
  - (3) Consistency of demand throughout the day, as airlines attempt to match their schedule to the most popular times to fly (typically motivated by business travel)

- In gate-constrained situations, U.S. airlines typically can operate ~7.5 flights per day out of a single gate
  - At LAX, where pre-merger American is gate-constrained, it is able to support ~94 mainline flights per day out of its 13 gates (7.2 flights per gate per day)
  - Southwest, with an all narrow-body fleet and efficient operations, is able to support up to 11 flights per day at some gates at MDW

> Given industry evidence of efficient gate usage, we have assumed that 10-11 turns per gate is a reasonable estimate for DAL

Note:    * Based on L.E.K. experience and industry observation
Source:  L.E.K. analysis of Diio Mi

16

CONFIDENTIAL
© 2014 L.E.K. Consulting LLC.  All rights reserved.

**L.E.K.**

### ③ Historically, Southwest has driven a greater fare differential in Dallas than Virgin; however it has a mixed track record in other markets

#### Average domestic fares from DAL and DFW
(Q3 2012-Q3 2013)
Average fare (dollars)



#### Fare differentials from legacy fares in similar markets to DAL/DFW
(Q3 2012-Q3 2013)

| Comparison | Houston (HOU/IAH) | Chicago (MDW/ORD) |
|---|---|---|
| Avg. WN fare differential (%) | 20 | 13 |
| Avg. LCC fare differential (%) | 28 | 28 |

#### Key Observations

- Historically, Virgin has not offered significantly lower fares in Dallas relative to WN or other LCCs

- Neither Southwest nor Virgin typically offer Dallas fares as low as JetBlue, Frontier, or Sun Country

- While Southwest has historically offered lower fares in Dallas, Houston, and Chicago, its track-record is mixed – fares have actually increased ~23% in ATL (vs. 4% nationally) since Southwest took over AirTran

Note:    * Only nonstop destinations from DAL with passengers per day greater than 50 passengers per day; NK was not included in this analysis, as they appear to have minimal impact on other carrier's fares; ^ "DAL flights" are all non-stop flights from DAL; ^^ "Legacy and LCC competitive" are routes with both Legacy and LCC presence
Source: Airlines and Aviation: Dallas Business Telegram, L.E.K. analysis of Dio Mii

CONFIDENTIAL
© 2014 L.E.K. Consulting LLC.  All rights reserved.

DFW route overlap

**4** **Despite the substantial increase in nonstop destinations, only CHS and ECP (both Southwest) do not overlap with existing service from DFW**

### Incremental non-stop destinations from DAL by carrier



Legend:
- ● Proposed new city destination from DAL that DFW currently serves
- Proposed Southwest destination from DAL <u>not</u> served by DFW
- Proposed Delta destination from DAL <u>not</u> served by DFW
- Proposed Virgin destination from DAL <u>not</u> served by DFW

Source: L.E.K. analysis of company proposals and Dio Mii

CONFIDENTIAL
© 2014 L.E.K. Consulting LLC. All rights reserved.

**L.E.K.**

New premium class service

⑤ **With both more flights and more first class seats per aircraft, Delta would provide the greatest increase in premium class service at DAL**



**A319**
8 first class seats

**A320**
8 first class seats



**CRJ-900**
12 first class seats

**B717**
12 first class seats

8 first class seats x 18 flights
**= 144 first class seats per day**

12 first class seats x 20 flights
**= 240 first class seats per day**

Source:  seatguru.com; L.E.K. analysis

CONFIDENTIAL
© 2014 L.E.K. Consulting LLC.  All rights reserved.



**Tier 3 objectives**

# Delta or Virgin would likely create the greatest number of new jobs at DAL and similarly represent a greater opportunity to increase corporate partnership with the community (whereas Southwest is already a strong partner)

|  | <u>Rationale</u> | <u>Implications</u> |
|---|---|---|

**6** — Increase number of DAL jobs

- Additional carriers at DAL would likely require incremental airport employees



- Virgin or Delta would likely create more jobs at DAL due to the added requirements of supporting an incremental carrier

**7** — Airline stability and commitment

- Given that DAL currently relies on Southwest for 96% of all passenger throughput, it is significantly exposed to any risk associated with the airline
- Diversification could mitigate some of DAL's airline customer risk



- Delta is the only legacy carrier vying for the gates at DAL and given its scale is likely the most stable of the three carriers; however, DL has left Dallas once before
- Southwest, one of the largest employers in Dallas, is very likely to remain at DAL; we expect that they will use the gates fully but may not reach new destinations as those markets are unproven
- While Virgin would help from a diversification standpoint, it would come with some element of risk, as it is the smallest of the three carriers with the smallest existing presence in Dallas

**8** — Add a partner that will contribute to the community

- American Airlines and Southwest both have a large footprint and positive impact in the Dallas community
- If a carrier receives preferential gates at restricted DAL, a similar high level of community involvement should be expected



- If either Delta or Virgin could use the gates at DAL to grow their presence in the market, they could similarly increase their profile in the community and partnership with the city
- It is less likely that the gain of 2 incremental gates would have a material impact on Southwest's community support, which is already strong

Source: L.E.K. experience

CONFIDENTIAL
© 2014 L.E.K. Consulting LLC.  All rights reserved.

Recommendations

# Southwest is the most attractive option for the City of Dallas, given both expectations for its O&D pax throughput and potential for low fares



Objectives (% weighting)

Rationale

● Most beneficial
○ Least beneficial

**Tier 1 (50%)**

1. Increase non-stop destinations from DAL
   - Southwest is proposing 17 new nonstop destinations vs. 5 (DL) and 5 (VX)

2. Maximize O&D pax throughput across DAL & DFW
   - While both Southwest and Virgin would serve substantial passengers, Virgin would be removing flights from DFW

**Tier 2 (40%)**

3. Lower fares from DAL
   - Historically, Southwest has driven a greater fare differential in Dallas than Virgin; however it has a mixed track record in other markets

4. Minimize route overlap with DFW
   - ECP and CHS (both WN) are the only proposed new destinations that are not currently served by DFW

5. Add convenient premium class service at DAL
   - With both more flights and more first class seats per aircraft, Delta would provide the greatest increase in premium class service at DAL

**Tier 3 (10%)**

6. Increase number of DAL jobs
   - VX or DL would likely create more jobs at DAL due to the added requirements of supporting an incremental carrier

7. Airline stability and commitment
   - Delta's scale gives it stability although it has left Dallas before, while Southwest is fully committed as the home-town carrier

8. Add a partner that will contribute to the community
   - DL or VX represent a greater opportunity to increase corporate partnership with the community (whereas Southwest is already a strong partner)

**Overall attractiveness**

Southwest is the most attractive option for the City of Dallas

Source: L.E.K. analysis

21

CONFIDENTIAL
© 2014 L.E.K. Consulting LLC. All rights reserved.

# A common-use strategy could allow the City to manage the gates in an optimal way across carriers

## *Benefits of a common-use model*

- Airlines could be held accountable for the benefits stated in their proposal (planned routes, aircraft) if they risk losing the gates

  - Conditions can be made public that gate usage is lost when destinations or routes fall below a predetermined number and a competing carrier desires to add service

- Common use is generally seen as the best way to allow new entrants

  "… Airport-controlled common-use gates give the airport operator more flexibility to assign gates and to facilitate entry  …"

  FAA/OST Task Force, October 1999

- Depending on carrier flexibility, more than one of the bidders could be partially accommodated within the two gates

- Additional carriers that may not be able to support a full gate at DAL would have easier access to the terminal on a more limited basis, for example:

  - JetBlue could shift its three BOS flights from DFW to DAL

  - Allegiant could have a Saturday flight to LAS

Source:  FAA; L.E.K. analysis

CONFIDENTIAL
© 2014 L.E.K. Consulting LLC.  All rights reserved.

## Agenda

- Background and objectives

- Review of airline proposals and recommendations

- Appendix

CONFIDENTIAL
© 2014 L.E.K. Consulting LLC.  All rights reserved.



# Current DFW and DAL nonstop destinations in the U.S. with more than 50 passengers per day

| Airport Code | PAX per day | Airport Code | PAX per day | Airport Code | PAX per day | Airport Code | PAX per day |
|---|---|---|---|---|---|---|---|
| ORD | 1310 | DCA | 472 | MDW | 172 | RIC | 90 |
| LAX | 1238 | SAN | 471 | BHM | 170 | VPS | 86 |
| DEN | 1215 | FLL | 462 | OMA | 161 | BTR | 83 |
| ATL | 1156 | SNA | 406 | CLE | 156 | HNL | 80 |
| LAS | 1082 | TPA | 386 | MKE | 148 | RNO | 72 |
| LGA | 1061 | ELP | 353 | JAX | 147 | DSM | 72 |
| HOU | 1060 | ABQ | 335 | SMF | 144 | JAN | 71 |
| SFO | 834 | CLT | 333 | OKC | 132 | SJU | 70 |
| STL | 804 | BNA | 315 | ONT | 130 | XNA | 66 |
| SAT | 753 | TUL | 286 | CRP | 120 | ICT | 63 |
| MCO | 750 | SLC | 282 | HRL | 118 | TYS | 59 |
| BOS | 741 | LBB | 282 | BDL | 117 | PNS | 57 |
| PHX | 623 | MAF | 267 | SDF | 113 | ORF | 57 |
| PHL | 622 | MIA | 260 | RSW | 113 | GSP | 54 |
| MSY | 607 | IAD | 257 | COS | 105 | GRR | 53 |
| MCI | 547 | LIT | 247 | TUS | 103 | | |
| MSP | 546 | AMA | 239 | MEM | 103 | | |
| SEA | 532 | PDX | 222 | MFE | 100 | | |
| EWR | 529 | IND | 207 | CVG | 99 | | |
| AUS | 520 | SJC | 203 | AZA | 98 | | |
| DTW | 500 | CMH | 193 | OAK | 96 | | |
| IAH | 494 | PIT | 192 | PBI | 92 | | |
| BWI | 487 | RDU | 174 | DAY | 91 | | |

CONFIDENTIAL
© 2014 L.E.K. Consulting LLC.  All rights reserved.