IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CITY OF DALLAS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:15-cv-02069-K |
| | § | |
| **DELTA AIR LINES, INC., SOUTHWEST AIRLINES CO., VIRGIN AMERICA INC., AMERICAN AIRLINES, INC., UNITED AIRLINES, INC., SEAPORT AIRLINES, INC., UNITED STATES DEPARTMENT OF TRANSPORTATION, and THE FEDERAL AVIATION ADMINISTRATION,** | § § § § § § § § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF RUSSELL HERMAN

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that Russell Herman, an associate at Lynn Tillotson Pinker & Cox, LLP, hereby enters his appearance as an attorney for Defendant Southwest Airlines Co. in the above-captioned matter. Russell Herman hereby certifies that he is admitted or otherwise authorized to practice in this Court.

DATED: September 27, 2015         Respectfully submitted

                                            */s/ Russell Herman*
                                            John T. Cox, III (tcox@lynnllp.com)
                                            Texas Bar No. 24003722
                                            Kent D. Krabill (kkrabill@lynnllp.com)
                                            Texas Bar No. 24060115
                                            Britta Erin Stanton (bstanton@lynnllp.com)
                                            Texas Bar No. 24036976
                                            Stephen M. Cole (scole@lynnllp.com)
                                            Texas Bar No. 24078358

        Christopher Patton (cpatton@lynnllp.com)
        Texas Bar No. 24083634
        Russell Herman (rherman@lynnllp.com)
        Texas Bar No. 24083169
        **LYNN TILLOTSON PINKER & COX, LLP**
        2100 Ross Avenue, Suite 2700
        Dallas, TX 75201
        Telephone:  214.981.3830
        Facsimile:  214.981.3839

        **ATTORNEYS FOR DEFENDANT**
        **SOUTHWEST AIRLINES CO.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 27, 2015, the foregoing document was served on all counsel of record through the Court's ECF system.

         */s/ Russell Herman*
        Christopher Patton

4851-4597-7897, v.  1