# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **CITY OF DALLAS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 3:15-cv-02069-K |
| | § | |
| **DELTA AIR LINES, INC., SOUTHWEST AIRLINES CO., VIRGIN AMERICA INC., AMERICAN AIRLINES, INC., UNITED AIRLINES, INC., SEAPORT AIRLINES, INC., UNITED STATES DEPARTMENT OF TRANSPORTATION, and THE FEDERAL AVIATION ADMINISTRATION,** | § § § § § § § | |
| | § | |
| **Defendants.** | § | |

## STIPULATION EXTENDING TIME

Defendant Cross-claimant Delta Air Lines, Inc. ("Delta") and Defendant United Airlines, Inc. ("United") hereby advise the Court that they have stipulated and agreed that United may have up to and including October 13, 2015, within which to move, answer, or otherwise plead in response to Delta's Cross-claim against United.

Dated: September 28, 2015    Respectfully submitted,

*/s/ Ashley E. Johnson*
William B. Dawson
SBN 05606300
Karl G. Nelson
SBN 14900425
Ashley E. Johnson
SBN 24067689
Russell H. Falconer
SBN 24069695
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Ave, Suite 1100
Dallas, TX 75201
Telephone: (214) 698-3100
Fax: (214) 698-3400
Kenneth P. Quinn
DC Bar No. 495423
Jennifer E. Trock
DC Bar No. 486098
Admitted pro hac vice
Pillsbury Winthrop Shaw Pittman
1200 Seventeenth Street NW
Washington, DC 20036
(202) 663-8898
**ATTORNEYS FOR DELTA AIR LINES, INC.**

*/s/ John K. Grantham*
J. Eric Gambrell
State Bar No. 00790735
egambrell@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201-4675
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

John K. Grantham
State Bar No. 24059847
jgrantham@akingump.com
1111 Louisiana St., Floor 44
Houston, Texas 77002
 (713) 220-5800 (Telephone)
 (713) 236-0822 (Facsimile)

**ATTORNEYS FOR UNITED AIRLINES, INC.**

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 28, 2015, the foregoing document was served on all counsel of record through the Court's ECF system.

*/s/ John K. Grantham*
John K. Grantham