IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CITY OF DALLAS,<br>    Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC., SOUTHWEST AIRLINES CO., VIRGIN AMERICA INC., AMERICAN AIRLINES, INC., UNITED AIRLINES, INC., SEAPORT AIRLINES, INC., UNITED STATES DEPARTMENT OF TRANSPORTATION, AND THE FEDERAL AVIATION ADMINISTRATION,<br>    Defendants. | §<br>§<br>§<br>§  Civil Action No. 3:15-cv-02069-K<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**DEFENDANT UNITED AIRLINES, INC.'S UNOPPOSED
NOTICE OF JOINDER IN DEFENDANT SOUTHWEST AIRLINES CO.'S
MOTION TO SUPPLEMENT TO HEARING RECORD**

PLEASE TAKE NOTICE that Defendant United Airlines, Inc. ("United"), joins in Defendant Southwest Airlines Co.'s ("Southwest's") Motion to Supplement the Hearing Record (ECF No. 234), and adopts and incorporates by reference the arguments set forth in Southwest's Motion.  This joinder is unopposed.

United respectfully requests that this Court grant Southwest's Motion and supplement the record with the following exhibit:

**Exhibit 470**: An October 25, 2014 email from Bob Kneisley at Southwest to Jonathan Moss at the DOT attaching an executed copy of the Asset Transfer Agreement between Southwest and United, Bates-labeled DOT00000664-707, marked Highly Confidential by Southwest.

Dated: October 23, 2015                              Respectfully submitted,

                                                 */s/ John Grantham*
                                                 Eric Gambrell
                                                 State Bar No. 00790735
                                                 egambrell@akingump.com
                                                 AKIN GUMP STRAUSS HAUER & FELD LLP
                                                 1700 Pacific Avenue, Suite 1400
                                                 Dallas, TX 75201-4624
                                                 Telephone: 214-969-2800
                                                 Fax: 214-969-4343

                                                 John K. Grantham
                                                 jgrantham@akingump.com
                                                 AKIN GUMP STRAUSS HAUER & FELD LLP
                                                 1111 Louisiana, 44th Floor
                                                 Houston, TX 77002
                                                 Telephone: 713-220-5800
                                                 Fax: 713-236-0822

                                                 **ATTORNEYS FOR DEFENDANT**
                                                 **UNITED AIRLINES, INC.**


## CERTIFICATE OF CONFERENCE

      On this 23rd day of October 2015, I conferred with Russell Falconer, counsel for Delta, who does not oppose United's joinder of Southwest's motion; however, Mr. Falconer stated that, in not opposing the joinder, Delta takes the position that it does not intend to waive any objection to Southwest's motion. On the same day, I conferred with Peter Haskel, counsel for the City of Dallas, who does not oppose United's Joinder.


                                          */s/ John Grantham*
                                          John Grantham

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that, on this 23rd day of October 2015, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system.

                                          */s/ John Grantham*
                                          John Grantham