IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CITY OF DALLAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:15-CV-2069-K |
| | § | |
| DELTA AIRLINES, INC., SOUTHWEST | § | |
| AIRLINES CO., VIRGIN AMERICA | § | |
| INC., AMERICAN AIRLINES, INC., | § | |
| UNITED AIRLINES, INC., SEAPORT | § | |
| AIRLINES, INC., UNITED STATES | § | |
| DEPARTMENT OF | § | |
| TRANSPORTATION, and THE | § | |
| FEDERAL AVIATION | § | |
| ADMINISTRATION, | § | |
| | § | |
| Defendants. | § | |

## ORDER

In accordance with the Court's Memorandum Opinion and Order of this same date, the Court GRANTS (1) Defendant Delta Airlines, Inc.'s Emergency Motion for a Temporary Restraining Order and a Preliminary Injunction Against Southwest Airlines Co. and (2) Plaintiff City of Dallas' Verified Cross-Motion for [Temporary Restraining Order].

It is ORDERED that Defendant Southwest Airlines Co. is hereby ENJOINED from evicting or otherwise removing Delta Airlines, Inc. from Southwest Airlines Co.'s gate(s) at Love Field Airport, or otherwise interfering with or preventing Delta Airlines, Inc.'s continued use of Southwest Airlines Co.'s gate(s) to operate Delta Airlines, Inc.'s five daily flights at Love Field Airport.

It is FURTHER ORDERED that Southwest Airlines Co. is hereby ENJOINED from adding additional flights on any Southwest Airlines Co. gate(s) which Delta Airlines, Inc. uses to operate it five daily flights at Love Field Airport.

It is FURTHER ORDERED that Southwest Airlines Co. must inform the Court in writing within five (5) days of any reduction and/or change in Southwest Airlines Co.'s flight operations at Love Field Airport so the Court can evaluate what the Court considers to be full utilization of the gates and other leased space at Love Field Airport.

It is FURTHER ORDERED that, pursuant to Rule 65(c) of the Federal Rules of Civil Procedure, Defendant Delta Airlines, Inc. post a bond in the amount of one hundred thousand dollars ($100,000) on or before January 15, 2016, at 4:00 P.M., to secure payment of any damages sustained if Defendant Southwest Airlines Co. is found to have been wrongfully enjoined.

It is FURTHER ORDERED that, pursuant to Rule 65(c) of the Federal Rules of Civil Procedure, Plaintiff City of Dallas post a bond in the amount of one hundred dollars ($100) on or before January 15, 2016, at 4:00 P.M., to secure payment of any damages sustained if Defendant Southwest Airlines Co. is found to have been wrongfully enjoined.

It is ORDERED that this injunctive relief is effective upon service.

**SO ORDERED.**

Signed January 8th, 2016.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE