IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CITY OF DALLAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:15-CV-2069-K |
| | § | |
| DELTA AIRLINES, INC., SOUTHWEST AIRLINES CO., VIRGIN AMERICA INC., AMERICAN AIRLINES, INC., UNITED AIRLINES, INC., SEAPORT AIRLINES, INC., UNITED STATES DEPARTMENT OF TRANSPORTATION, and THE FEDERAL AVIATION ADMINISTRATION, | § § § § § § § § § § | |
| Defendants. | § | |

# ORDER OF ADMINISTRATIVE CLOSURE AND STAYING CASE

On January 19, 2016, the Defendant Southwest Airlines Co. filed a Notice of Interlocutory Appeal to the Fifth Circuit Court of Appeals. The Court hereby **stays** this action pending the results of that appeal.

There appears to be no further reason at this time to maintain the file as open for statistical purposes. The Clerk is therefore instructed to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records.

ORDER – PAGE 1

Nothing in this Order shall be considered a dismissal or disposition of this case, and should further proceedings become necessary or desirable, any party or the Court may initiate such further proceedings in the same manner as if this Order had not been entered.

**SO ORDERED.**

Signed January 28th, 2016.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE