UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |  |
|---|---|---|
| CITY OF DALLAS, | ) | No. 3:15-cv-02069-K |
| Plaintiff, | ) | |
| v. | ) | |
| DELTA AIR LINES, INC., et al., | ) | |

## NOTICE OF APPEARANCE ON BEHALF OF DOT AND FAA

PLEASE TAKE NOTICE that Peter T. Wechsler, U. S. Department of Justice, hereby enters his appearance for defendants U. S. Department of Transportation and Federal Aviation Administration. All parties are requested to make service of all papers on him addressed as follows:

    For regular mailing:
    Peter T. Wechsler
    United States Department of Justice
    Civil Division, Federal Programs Branch
    P.O. Box 883, Benjamin Franklin Station
    Washington, DC 20044;

    For hand delivery:
    Peter T. Wechsler
    United States Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Ave. NW, Room 7216
    Washington, DC 20530.

DATED:  February 9, 2017

        Respectfully submitted,

        CHAD A. READLER
        Acting Assistant Attorney General

        JOHN R. PARKER
        United States Attorney

        JUDRY L. SUBAR
        Assistant Branch Director

        */s/ Peter T. Wechsler*
        PETER T. WECHSLER (MA Bar)
        Senior Counsel
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue, N.W.
        Washington, D.C. 20530
        Tel.: (202) 514-2705
        Fax: (202) 616-8470
        Email: peter.wechsler@usdoj.gov
          Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 9, 2017, I served the foregoing document on all counsel of record by filing it electronically with the Court's ECF system.

        */s/ Peter T. Wechsler*
        PETER T. WECHSLER
        United States Department of Justice
        Civil Division, Federal Programs Branch
        Email: peter.wechsler@usdoj.gov