IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CITY OF DALLAS, | § | |
|    Plaintiff, | § | |
| v. | § | CIVIL ACTION No. 3:15-cv-02069-K |
| | § | |
| DELTA AIR LINES, INC., et al., | § | |
|    Defendants. | | |

**UNOPPOSED MOTION BY CITY OF DALLAS FOR WITHDRAWAL OF**
**<u>PETRINA L. THOMPSON AS COUNSEL</u>**

Plaintiff City of Dallas (the "City") respectfully requests that Petrina L. Thompson be permitted to withdraw as counsel for City in this matter. In support of this motion and as required by Local Rule 83.12(a), the City states:

The reason for this request is that Ms. Thompson is no longer employed with the City.

Defendants Delta Air Lines, Inc. and Southwest Airlines Co. do not oppose this motion.

Further, the clerk is requested to terminate CM/ECF notices as to Petrina L. Thompson for this civil action.

Respectfully submitted,

CITY ATTORNEY OF THE CITY OF DALLAS
Larry E. Casto

/s/ Stacy Jordan Rodriguez
CHARLES ESTEE
Assistant City Attorney
Texas Bar No. 06673600
charles.estee@dallascityhall.com
STACY JORDAN RODRIGUEZ
Assistant City Attorney
Texas Bar No. 11016750
stacy.rodriguez@dallascityhall.com

1500 Marilla Street 7DN
Dallas, Texas 75201
Telephone – 214-670-3519
Telecopier – 214-670-0622

**ATTORNEYS FOR PLAINTIFF,
CITY OF DALLAS**

**CERTIFICATE OF CONFERENCE**

On April 24, 2017, I conferred with counsel for defendants Delta Air Lines, Inc. and Southwest Airlines Company and both indicated no opposition to this motion.

/s/ Stacy Jordan Rodriguez
Stacy Jordan Rodriguez

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2017, I electronically served all attorneys of record in this case via ECF.

/s/ Stacy Jordan Rodriguez
Stacy Jordan Rodriguez