IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CITY OF DALLAS, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION No. 3:15-cv-02069-K |
| | § | |
| DELTA AIR LINES, INC., et al., | § | |
| Defendants. | | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE COURT:

Notice is hereby given that the undersigned Assistant City Attorney, Amy I. Messer, enters her appearance in the above-referenced proceedings for Plaintiff, City of Dallas. The City of Dallas respectfully requests that the Court take note of this Notice of Appearance of Counsel, and allow Amy I. Messer to appear as counsel for the City of Dallas. Charles Estee will remain lead counsel of record for Plaintiff, City of Dallas.

        Respectfully submitted,

        OFFICE OF THE CITY ATTORNEY
        CITY OF DALLAS, TEXAS

        Larry E. Casto
        City Attorney

        By  /s/ *Amy I. Messer*
           CHARLES ESTEE
           Senior Assistant City Attorney
           State Bar of Texas No. 06673600
           charles.estee@dallascityhall.com
           STACY JORDAN RODRIGUEZ
           Senior Assistant City Attorney
           State Bar of Texas No. 11016750
           stacy.rodriguez@dallascityhall.com
           AMY I. MESSER
           Senior Assistant City Attorney
           State Bar of Texas No. 00790705
           amy.messer@dallascityhall.com
           7BN Dallas City Hall
           1500 Marilla Street
           Dallas, Texas 75201
           Telephone – 214/670-3519
           Telecopier – 214/670-0622

        ATTORNEYS FOR PLAINTIFF
        CITY OF DALLAS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 4, 2017, the foregoing document was served on all counsel of record through the Court's ECF system.


    /s/ *Amy I. Messer*
Amy I. Messer