**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| CITY OF DALLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:15-CV-02069-K |
| | ) | |
| DELTA AIR LINES, INC., *et al.*, | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that James R. Powers hereby enters his appearance in this matter as counsel for Defendants U.S. Department of Transportation and Federal Aviation Administration.

Dated: August 9, 2017                          Respectfully submitted,

                                                          CHAD A. READLER
                                                        Acting Assistant Attorney General

                                                        JOHN R. PARKER
                                                        United States Attorney

                                                        JUDRY L. SUBAR
                                                        Assistant Branch Director

                                                        s/ *James Powers*
                                                        JAMES R. POWERS (TX Bar No. 24092989)
                                                        Trial Attorney
                                                        United States Department of Justice
                                                        Civil Division, Federal Programs Branch
                                                        20 Massachusetts Avenue N.W.
                                                        Washington, D.C.  20530
                                                        Tel.: (202) 353-0543
                                                        E-mail: james.r.powers@usdoj.gov

                                                        *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2017, I electronically filed the foregoing Notice of Appearance using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

*/s/ James Powers*
JAMES R. POWERS