# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

City of Dallas
Plaintiff

v.

3:15-cv-02069-K
Civil Action No.

Delta Air Lines, Inc. et al .
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Virgin America, Inc.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Alaska Air Group, Inc.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

City of Dallas, Delta Air Lines, Inc., Southwest Airlines, Co., Virgin America, Inc., Alaska Air Group, Inc., American Airlines, Inc., United Airlines, Inc., United States Department of Transportation, United States Department of Justice, and the Federal Aviation Administration

|                   |                                      |
|-------------------|--------------------------------------|
| Date:             | 08/18/2017                           |
| Signature:        | /s/John Robert Robertson             |
| Print Name:       | John Robert Robertson                |
| Bar Number:       | 17064320                             |
| Address:          | Hogan Lovells US LLP                 |
|                   | 555 13th St. NW                      |
| City, State, Zip: | Washington, DC 20004                 |
| Telephone:        | 202-637-5774                         |
| Fax:              | 202-637-5910                         |
| E-Mail:           | robby.robertson@hoganlovells.com     |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons