IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CITY OF DALLAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:15-cv-02069-K |
| | § | |
| DELTA AIR LINES, INC., SOUTHWEST AIRLINES CO., VIRGIN AMERICA INC., AMERICAN AIRLINES, INC., UNITED AIRLINES, INC., SEAPORT AIRLINES, INC., UNITED STATES DEPARTMENT OF TRANSPORTATION and THE FEDERAL AVIATION ADMINISTRATION, | § § § § § § § § § | |
| Defendants, | § | |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DELTA AIR LINES, INC.

On this day came on to be considered Unopposed Motion to Withdraw as Counsel for Delta Air Lines, Inc., and the Court, having reviewed the Motion, is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Unopposed Motion to Withdraw as Counsel for Delta Air Lines, Inc. is, in all things, GRANTED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Kenneth P. Quinn and Jennifer E. Trock are hereby withdrawn as counsel of record for Delta Air Lines, Inc.

IT IS SO ORDERED.

SIGNED this ____ day of _____, 2017.

_____
Hon. Ed Kinkeade
UNITED STATES DISTRICT JUDGE