IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **CITY OF DALLAS,** § § § § § § § § § § § § § § § | |
| **Plaintiff,** | |
| v. | Civil Action No. 3:15-cv-02069-K |
| **DELTA AIR LINES, INC., SOUTHWEST AIRLINES CO., VIRGIN AMERICA INC., AMERICAN AIRLINES, INC., UNITED AIRLINES, INC., SEAPORT AIRLINES, INC., UNITED STATES DEPARTMENT OF TRANSPORTATION, and THE FEDERAL AVIATION ADMINISTRATION,** | |
| **Defendants.** | |

### DEFENDANT SOUTHWEST AIRLINES CO.'S
### AMENDED CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Rules 3.2 and 7.4, Defendant Southwest Airlines Co. provides the following information:

1. For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock: **None**.

2. The following list of persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of this litigation:

> **City of Dallas, Delta Air Lines, Inc., Southwest Airlines Co., Virgin America Inc., Alaska Air Group, Inc., American Airlines, Inc., United Airlines, Inc., United States Department of Transportation, United States Department of Justice, and the Federal Aviation Administration.**

DATED: September 6, 2017               Respectfully submitted,

                                              */s/ Kent D. Krabill*
John T. Cox, III
Texas Bar No. 24003722
Email: tcox@lynnllp.com
Kent D. Krabill
Texas Bar No. 24060115
Email: kkrabill@lynnllp.com
Britta Erin Stanton
Texas Bar No. 24036976
bstanton@lynnllp.com

**LYNN PINKER COX & HURST, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas  75201
(214) 981-3800 – Telephone
(214) 981-3838 – Facsimile

**COUNSEL FOR DEFENDANT/CROSS-PLAINTIFF SOUTHWEST AIRLINES CO.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 6, 2017, the foregoing document was served on all counsel of record through the Court's ECF system.

                                              */s/ Britta Erin Stanton*
Britta Erin Stanton

4848-5890-6190, v.  1