IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CITY OF DALLAS, | § | |
|      Plaintiff, | § | |
| v. | § | Civil Action No. 3:15-CV-02069-K |
| | § | |
| DELTA AIR LINES, INC., *et al.,* | § | |
|      Defendants. | § | |

---

**THE CITY OF DALLAS'S MOTION TO DISMISS THE FEDERAL AGENCIES AND
MOTION TO WITHDRAW ITS REQUEST FOR LEAVE TO FILE
A SUPPLEMENTAL COMPLAINT**

Now comes the City of Dallas ("the City") and files this motion to dismiss the United States Department of Transportation ("DOT") and Federal Aviation Administration ("FAA") from this action and to withdraw the City's motion to file a supplemental complaint against the DOT and FAA and would show the Court the following:

**I.**

The City filed an original complaint in 2015 that named DOT and FAA as Defendants. (ECF No. 1). DOT and FAA moved to dismiss the claims against them. (ECF No. 321). The City sought leave to supplement the complaint based on the filing of the FAA Notice of Investigation against the City. (ECF No. 312, 312-1).

Pursuant to Rule 41(a)(2), the City requests that DOT and FAA be dismissed from this action. Fed. R. Civ. P. 41(a)(2). The City no longer seeks any relief against DOT and FAA. DOT and FAA did not assert any counterclaim against the City or any claim against any other party.  No other party asserted claims against DOT and FAA.  Pending the granting of this Motion to Dismiss, the FAA Notice of Investigation is being withdrawn and FAA is closing that proceeding without

prejudice. In light of that action, the City withdraws its motion to supplement the complaint. With the agreed dismissal, DOT and FAA's motion to dismiss becomes moot.

The dismissal is without prejudice and the City, DOT and FAA reserve the right and ability at any point in the future to file any claim or lawsuit, or institute any proceeding or take any action against each other or any other person.  The City, DOT, and FAA agree to bear their own attorneys' fees and costs. DOT and FAA do not oppose and agree to this motion.

## CONCLUSION AND PRAYER

The City requests that the Court dismiss the City's claims against DOT and FAA without prejudice, that DOT and FAA be dismissed from this case, that the City's motion for leave to file a supplemental complaint be withdrawn, that DOT and FAA's motion to dismiss be treated as moot, and that the City, DOT, and FAA bear their own attorneys' fees and costs.

Respectfully submitted,

OFFICE OF THE CITY ATTORNEY
CITY OF DALLAS, TEXAS

LARRY E. CASTO
CITY ATTORNEY
Texas Bar No. 03995000
Email: larry.casto@dallascityhall.com

By: *s/ Charles S. Estee*
Charles S. Estee
Senior Assistant City Attorney
Texas Bar No. 06673600
Email: charles.estee@dallascityhall.com

Amy I. Messer
Senior Assistant City Attorney
Texas Bar No. 00790705
Email: amy.messer@dallascityhall.com

Stacy Jordan Rodriguez
Executive Assistant City Attorney
Texas Bar No. 11016750
Email: stacy.rodriguez@dallascityhall.com

Christopher J. Caso
Senior Executive Assistant City Attorney
Texas Bar No. 03969230
Email: chris.caso@dallascityhall.com

7BN Dallas City Hall
1500 Marilla Street
Dallas, Texas 75201
Telephone – 214/670-3519
Telecopier – 214/670-0622

ATTORNEYS FOR THE CITY OF DALLAS

## CERTIFICATE OF CONFERENCE

The undersigned certifies, the undersigned conferred via email with counsel for all parties on March 23, March 26, and March 27, 2018.  Counsel for American Airlines, Southwest Airlines, United Airlines, had no opposition to the motion. Counsel for DAA and DOT had previously agreed to the motion. No response was received by the City from the remaining parties, Delta Air Lines and Virgin American.

*s/ Charles S. Estee*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2018, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Northern District of Texas using the electronic case filing system of the Court. Service on all attorneys of record who are Filing Users will be automatically accomplished through Notice of Electronic Filing.

*/s/ Charles S. Estee*

Charles S. Estee