IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CITY OF DALLAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:15-CV-2069-K |
| | § | |
| DELTA AIRLINES, INC., SOUTHWEST AIRLINES CO., VIRGIN AMERICA INC., AMERICAN AIRLINES, INC., UNITED AIRLINES, INC., SEAPORT AIRLINES, INC., UNITED STATES DEPARTMENT OF TRANSPORTATION, and THE FEDERAL AVIATION ADMINISTRATION, | § § § § § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff City of Dallas's Motion to Dismiss the Federal Agencies and Motion to Withdraw its Request for Leave to File a Supplemental Complaint (Doc. No. 402). The Court **GRANTS** both motions. Plaintiff's claims against Defendants United States Department of Transportation and The Federal Aviation Administration are hereby **dismissed without prejudice**. Each party will bear its own attorneys' fees and costs. Additionally, Plaintiff's motion for leave to file

a supplemental complaint (Doc. No. 312) is deemed **withdrawn**.

**SO ORDERED.**

Signed March 28th, 2018.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

ORDER – PAGE 2