UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CITY OF DALLAS,** | § | |
| | § | |
| *Plaintiff*, | § | |
| v. | § | |
| | § | |
| **DELTA AIR LINES, INC.,** | § | Civil Action No. 3:15-cv-02069-K |
| **SOUTHWEST AIRLINES CO.,** | § | |
| **VIRGIN AMERICA INC.,** | § | |
| **AMERICAN AIRLINES, INC. AND** | § | |
| **UNITED AIRLINES, INC.** | § | |
| | § | |
| *Defendants*. | § | |

### SOUTHWEST'S RESPONSE TO
### THE CITY'S MOTION FOR SUMMARY JUDGMENT

### SUMMARY

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.4, Southwest Airlines Co. files this response to the City of Dallas's Motion for Summary Judgment or Partial Summary Judgment, and, In Addition or In the Alternative, Motion for Entry of Permanent Injunction (the "City's Motion") (Dkt. No. 436). Southwest respectfully requests the Court deny in part and grant in part the City's Motion.

As allowed under Local Rule 56.4, the grounds for the opposition to the motion are set forth in Southwest's brief (and the accompanying appendix) submitted concurrently with this response. The specific relief Southwest opposes and supports from the City's Motion is set forth in that brief.

DATED:  June 13, 2018                     Respectfully submitted

                                        */s/ Eric W. Pinker*
                                        Eric W. Pinker (epinker@lynnllp.com)
                                        Texas Bar No. 16016550
                                        Kent D. Krabill (kkrabill@lynnllp.com)
                                        Texas Bar No. 24060115
                                        Britta Erin Stanton (bstanton@lynnllp.com)
                                        Texas Bar No. 24036976
                                        Russell Herman (rherman@lynnllp.com)
                                        Texas Bar No. 24083169
                                        Jervonne Newsome (jnewsome@lynnllp.com)
                                        Texas Bar No. 24094869
                                        **LYNN PINKER COX & HURST, LLP**
                                        2100 Ross Avenue, Suite 2700
                                        Dallas, TX 75201
                                        Telephone:  214.981.3830
                                        Facsimile:  214.981.3839

                                        **ATTORNEYS FOR DEFENDANT**
                                        **SOUTHWEST AIRLINES CO.**


## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on June 13, 2018, the foregoing document was served on all counsel of record through the Court's ECF system.

                                        */s/ Russell Herman*
                                         Russell Herman