# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

| | | |
|---|---|---|
| CITY OF DALLAS,<br><br>*Plaintiff*,<br><br>v.<br><br>DELTA AIR LINES, INC., SOUTHWEST AIRLINES CO., VIRGIN AMERICA INC., AMERICAN AIRLINES, INC., UNITED AIRLINES, INC., SEAPORT AIRLINES, INC., UNITED STATES DEPARTMENT OF TRANSPORTATION, AND THE FEDERAL AVIATION ADMINISTRATION<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:15-CV-02069-K |

## DELTA AIR LINES, INC.'S RESPONSE TO PLAINTIFF CITY OF DALLAS'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.4, Delta Air Lines, Inc. hereby respectfully files this response moving for an order denying the City of Dallas's Motion for Summary Judgment or Partial Summary Judgment, and In Addition or In the Alternative, Motion for Entry of Permanent Injunction (the "City's Motion") (Dkt. 436). Delta's contemporaneously filed brief in support sets forth the grounds for Delta's opposition to the City's Motion, which seeks the Court's approval of the City's unlawful accommodation policy. As allowed under Local Rule 56.4, the grounds for the opposition to the motion are set forth in the brief and its accompanying appendix submitted concurrently herewith.

DATED:  June 13, 2018                              Respectfully submitted,

/s/ *William B. Dawson*
William B. Dawson
SBN 05606300
Ashley E. Johnson
SBN 24067689
Russell H. Falconer
SBN 24069695
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, Texas  75201-6911
Telephone:  (214) 698-3100
Facsimile:  (214) 698-3400
wdawson@gibsondunn.com
ajohnson@gibsondunn.com
rfalconer@gibsondunn.com

**ATTORNEYS FOR DELTA AIR LINES, INC.**

**Page 2**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of June, 2018, a true and correct copy of the foregoing brief was served via the Court's CM/ECF System upon all counsel of record.

                                            */s/ William B. Dawson*
                                            William B. Dawson