UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CITY OF DALLAS,<br><br>    *Plaintiff*,<br>v.<br><br>DELTA AIR LINES, INC., SOUTHWEST AIRLINES CO., VIRGIN AMERICA INC., AMERICAN AIRLINES, INC., UNITED AIRLINES, INC., SEAPORT AIRLINES, INC., UNITED STATES DEPARTMENT OF TRANSPORTATION, AND THE FEDERAL AVIATION ADMINISTRATION<br><br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:15-cv-02069-K |

**DELTA AIR LINES, INC.'S RESPONSE TO SOUTHWEST AIRLINES CO.'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

Under Northern District of Texas Civil Local Rule 56.4, Delta Air Lines, Inc. ("Delta"), by and through its counsel, hereby files this Response to Southwest Airlines Co.'s ("Southwest") motion for partial summary judgment. As allowed under Local Rule 56.4, Delta's grounds for opposing Southwest's motion are set forth in the brief and appendix submitted concurrently with this response. Each of the matters required by Local Rule 56.4(a) will be set forth in Delta's brief.

DATED:  October 12, 2018

Respectfully submitted,

*/s/ William B. Dawson*
William B. Dawson
  Texas Bar No. 05606300
  wdawson@gibsondunn.com
Karl G. Nelson
  Texas Bar No. 14900425
  knelson@gibsondunn.com
Ashley E. Johnson
  Texas Bar No. 24067689
  ajohnson@gibsondunn.com
Russell H. Falconer
  Texas Bar No. 24069695
  rfalconer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201-6911
Telephone: (214) 698-3100
Facsimile: (214) 698-3400

**COUNSEL FOR DELTA AIR LINES, INC.**

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 12, 2018, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Northern District of Texas using the electronic case filing system of the Court.  Service on all attorneys of record who are Filing Users will be automatically accomplished through Notice of Electronic Filing.

                */s/ William B. Dawson*
                William B. Dawson