UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CITY OF DALLAS,<br><br>*Plaintiff*,<br><br>v.<br><br>DELTA AIR LINES, INC., SOUTHWEST AIRLINES CO., VIRGIN AMERICA INC., AMERICAN AIRLINES, INC., UNITED AIRLINES, INC., SEAPORT AIRLINES, INC., UNITED STATES DEPARTMENT OF TRANSPORTATION, AND THE FEDERAL AVIATION ADMINISTRATION<br><br>*Defendants*. | §§§§§§§§§§§§§§§§ | Civil Action No. 3:15-cv-02069-K |

**DELTA AIR LINES, INC.'S RESPONSE TO UNITED AIRLINES, INC.'S MOTION FOR SUMMARY JUDGMENT ON DELTA'S CROSS CLAIMS**

Under Northern District of Texas Civil Local Rule 56.4, Delta Air Lines, Inc. ("Delta"), by and through its counsel, hereby files this Response to United Airlines, Inc.'s ("United") motion for summary judgment on Delta's cross claims. As allowed under Local Rule 56.4, Delta's grounds for opposing United's motion are set forth in the brief and appendix submitted concurrently with this response. Each of the matters required by Local Rule 56.4(a) will be set forth in Delta's brief.

DATED: October 12, 2018                    Respectfully submitted,

                                                                       */s/ William B. Dawson*
                                                                       William B. Dawson
                                                                         Texas Bar No. 05606300
                                                                         wdawson@gibsondunn.com
                                                                       Karl G. Nelson
                                                                         Texas Bar No. 14900425
                                                                       knelson@gibsondunn.com
                                                                       Ashley E. Johnson
                                                                       Texas Bar No. 24067689
                                                                       ajohnson@gibsondunn.com
                                                                       Russell H. Falconer
                                                                       Texas Bar No. 24069695
                                                                       rfalconer@gibsondunn.com
                                                                       GIBSON, DUNN & CRUTCHER LLP
                                                                       2100 McKinney Avenue, Suite 1100
                                                                       Dallas, Texas 75201-6911
                                                                       Telephone: (214) 698-3100
                                                                       Facsimile: (214) 698-3400

                                                                       **COUNSEL FOR DELTA AIR LINES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2018, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Northern District of Texas using the electronic case filing system of the Court. Service on all attorneys of record who are Filing Users will be automatically accomplished through Notice of Electronic Filing.

                                              */s/ William B. Dawson*
                                              William B. Dawson