IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CITY OF DALLAS, | § | FILED UNDER SEAL |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:15-cv-02069-K |
| | § | |
| DELTA AIR LINES, INC., *et al.*, | § | |
| Defendants. | § | |

**APPENDIX TO CITY OF DALLAS'S MOTION FOR LEAVE TO FILE A
SUPPLEMENT TO ITS MOTION FOR SUMMARY JUDGMENT
AND THE SUPPLEMENT**

Respectfully submitted,

OFFICE OF THE CITY ATTORNEY
CITY OF DALLAS, TEXAS

Christopher J. Caso
INTERIM CITY ATTORNEY
Texas Bar No. 03969230
Email: chris.caso@dallascityhall.com

By: *s/ Charles S. Estee*
Charles S. Estee
Senior Assistant City Attorney
Texas Bar No. 06673600
Email: charles.estee@dallascityhall.com

Stacy Jordan Rodriguez
Executive Assistant City Attorney
Texas Bar No. 11016750
Email:  stacy.rodriguez@dallascityhall.com

7BN Dallas City Hall
1500 Marilla Street
Dallas, Texas 75201
Telephone – 214/670-3519
Telecopier – 214/670-0622

ATTORNEYS FOR THE CITY OF DALLAS

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2018, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Northern District of Texas using the electronic case filing system of the Court.  Service on all attorneys of record who are Filing Users will be automatically accomplished through Notice of Electronic Filing.

*s/ Charles S. Estee*
Charles S. Estee

# TABLE OF CONTENTS

**Tabs**

Tab 1; Summary of Delta's Second Accommodation Request
and Virgin/Alaska Flight Operations ............................................................. 1

Tab 2; Summary of Proposed Accommodation of Delta's Second Request ................................. 5

Tab 3; Depictions of Tabs 1 and 2 ............................................................. 8

Tab 4; Exhibit 231, Feb. 23, 2015 letters by Delta ........................................... 11

Tab 5; Excerpt of the deposition of Virgin/Alaska's corporate representative ........................... 20

Tab 6; Exhibit 1437 from the Virgin/Alaska corporate representative's deposition ................... 26

Tab 7; Exhibit 1438 from the Virgin/Alaska corporate representative's deposition ................... 35

Tab 8; Exhibit 48, June 13, 2014 letter by Delta ............................................ 36

Tab 9; Authenticating Affidavit ............................................................. 38

# TAB 1

# Virgin/Alaska Operations and Delta's Second Accommodation Request

| Time | Gate A<br>Virgin/Alaska | Gate B<br>Virgin/Alaska | Delta Second<br>Accommodation Request |
|------|-------------------------|-------------------------|----------------------------------------|
| 6:00 | X | X | RON, Depart 6:00<br>(Delta No. 1) |
| :10 | X | X | RON, Depart 6:15<br>(Delta No. 2) |
| :20 | X | X | |
| :30 | X | X | |
| :40 | X | X | |
| :50 | X | X | |
| 7:00 | RON, Depart 7:05<br>V/A   A-1 | RON, Depart 7:00<br>V/A   B-1 | X |
| :10 | | | X |
| :20 | X | | X |
| :30 | X | X | X |
| :40 | X | X | RON, Depart 7:45<br>(Delta No. 3) |
| :50 | X | X | |
| 8:00 | RON, Depart 8:00<br>V/A   A-2 | X | |
| :10 | | RON, Depart 8:15<br>V/A   B-2 | |
| :20 | X | | |
| :30 | X   V/A   A-3 | | |
| :40 | X | | |
| :50 | X | | |
| 9:00 | RON, Depart 9:00 | | |
| :10 | | | |
| :20 | | | Arrive 9:25<br>(Delta No. 4) |
| :30 | | | X |
| :40 | | | X |
| :50 | | | X |
| 10:00 | | | Depart 10:00 |
| :10 | | | |
| :20 | | | |
| :30 | | | |
| :40 | | | |
| :50 | | | |
| 11:00 | | | |
| :10 | | | |
| :20 | | | |
| :30 | | | |
| :40 | | | |

Virgin/Alaska's Operations and Delta's Second Accommodation Request

**Page 1 of 4**

CITY SUPP APPX 01

## Virgin/Alaska Operations and Delta's Second Accommodation Request

| | | | |
|---|---|---|---|
| :50 | | | |
| **12:00** | | | |
| :10 | | | |
| :20 | Arrive 12:18<br>V/A   A-4 | | |
| :30 | X | Arrive 12:32<br>V/A   B-3 | |
| :40 | X | X | |
| :50 | X | X | |
| **13:00** | X | X | |
| :10 | X | Depart 13:15 | |
| :20 | X | | Arrive 13:25<br>(Delta No. 5)<br>Arrive 13:27<br>(Delta No. 6) |
| :30 | X | Arrive 13:34<br>V/A   B-4 | X |
| :40 | X | X | X |
| :50 | Depart 13:50 | X | X |
| **14:00** | | X | Depart 14:00 (Delta No. 5)<br>Arrive 14:05<br>(Delta No. 7)<br>Depart 14:05 (Delta No. 6) |
| :10 | | X | X |
| :20 | Arrive 14:20<br>V/A   A-5 | X | X |
| :30 | X | Depart 14:30 | X |
| :40 | X | | X |
| :50 | X | | X |
| **15:00** | X | | Depart 15:00 (Delta No. 7) |
| :10 | Depart 15:10 | | |
| :20 | Arrive 15:23<br>V/A   A-6 | | |
| :30 | X | | |
| :40 | X | | |
| :50 | X | | |
| **16:00** | Depart 16:05 | | |
| :10 | | | |
| :20 | | | |
| :30 | | | |
| :40 | Arrive 16:43<br>V/A   A-7 | | |
| :50 | X | | |
| **17:00** | X | | |
| :10 | X | | |
| :20 | Depart 17:25 | Arrive 17:22 | |

## Virgin/Alaska Operations and Delta's Second Accommodation Request

| | | V/A   B-5 | |
|---|---|---|---|
| :30 | | X | Arrive 17:35 (Delta No. 8) |
| :40 | Arrive 17:45 V/A   A-8 | X | X |
| :50 | X | X | X |
| 18:00 | X | X | X |
| :10 | X | Depart 18:10 | Depart 18:10 |
| :20 | Depart 18:25 | | |
| :30 | | | |
| :40 | | | |
| :50 | | | |
| 19:00 | | | |
| :10 | | | |
| :20 | | | |
| :30 | | | |
| :40 | | | |
| :50 | | | |

| | | | |
|---|---|---|---|
| 20:00 | | | |
| :10 | | | |
| :20 | | | |
| :30 | | | Arrive 20:30, RON (Delta No. 9) |
| :40 | | | X |
| :50 | Arrive 20:55, RON V/A   A-9 | | X |
| 21:00 | X | | X |
| :10 | X | | X |
| :20 | X | | |
| :30 | X | Arrive 21:33, RON V/A   B-6 | Arrive 21:30, RON (Delta No. 10) |
| :40 | | X | X |
| :50 | | X | X |
| 22:00 | Arrive 22:03, RON V/A   A-10 | X | X |
| :10 | X | X | X |
| :20 | X | | |
| :30 | X | | Arrive 22:35, RON (Delta No. 11) |
| :40 | X | Arrive 22:41, RON V/A   B-7 | X |
| :50 | | Arrive 22:57, RON V/A   B-8 | X |
| 23:00 | | X | X |

Virgin/Alaska's Operations and Delta's Second Accommodation Request

**Page 3 of 4**

## Virgin/Alaska Operations and Delta's Second Accommodation Request

### GAPS OR GATE SLOTS IN VIRGIN/ALASKA'S FIGHT OPERATIONS

Gate A

9:00 to 12:18      (198 minutes)

18:25 to 20:55      (150 minutes)

Gate B

8:15 to 12:32      (257 minutes)

14:30 to 17:22      (172 minutes)

18:10 to 21:33      (203 minutes)

# TAB 2

# PROPOSED DELTA ACCOMMODATION

| Time | Gate A | Gate B |
|------|--------|--------|
| 6:00 | Flight operations may begin per Five Party Agreement | Flight operations may begin per Five Party Agreement |
| :10 | X | X |
| :20 | X | X |
| :30 | X | X |
| :40 | X | X |
| :50 | X | X |
| **7:00** | RON, Depart 7:05<br>V/A    A-1 | RON, Depart 7:00<br>V/A    B-1 |
| :10 | | |
| :20 | X | |
| :30 | X | X |
| :40 | X | X |
| :50 | X | X |
| **8:00** | RON, Depart 8:00<br>V/A    A-2 | X |
| :10 | | RON, Depart 8:15<br>V/A    B-2 |
| :20 | X | |
| :30 | X | |
| :40 | X | |
| :50 | X | |
| **9:00** | RON, Depart 9:00<br>V/A    A-3 | |
| :10 | | |
| :20 | | Delta Request<br>No. 4, Arrive 9:25 |
| :30 | Delta Request<br>Nos. 1, 9  Arrive 9:30 | X |
| :40 | X | X |
| :50 | X | X |
| **10:00** | X | X      Depart 10:00 |
| :10 | X      Depart 10:12 | |
| :20 | | |
| :30 | | |
| :40 | | Delta Request<br>Nos. 3, 11  Arrive 10:40 |
| :50 | | X |
| **11:00** | Delta Request<br>Nos. 2, 10  Arrive 11:00 | X |
| :10 | X | X |
| :20 | X | X      Depart 11:22 |
| :30 | X | |
| :40 | X      Depart 11:42 | |

Accommodation of Delta on Virgin/Alaska Gates

**Page 1 of 3**

# PROPOSED DELTA ACCOMMODATION

| | | |
|---|---|---|
| :50 | | |
| **12:00** | | |
| :10 | | |
| :20 | Arrive 12:18<br>V/A    A-4 | |
| :30 | X | Arrive 12:32<br>V/A    B-3 |
| :40 | X | X |
| :50 | X | X |
| **13:00** | X | X |
| :10 | X | Depart 13:15 |
| :20 | X | |
| :30 | X | Arrive 13:34<br>V/A    B-4 |
| :40 | X | X |
| :50 | Depart 13:50 | X |
| **14:00** | | X |
| :10 | | X |
| :20 | Arrive 14:20<br>V/A    A-5 | X |
| :30 | X | Depart 14:30 |
| :40 | X | |
| :50 | X | |
| **15:00** | X | |
| :10 | Depart 15:10 | Delta Request<br>No. 5    Arrive 15:10 |
| :20 | Arrive 15:23<br>V/A    A-6 | X |
| :30 | X | X |
| :40 | X | X |
| :50 | X | X        Depart 16:42 |
| **16:00** | Depart 16:05 | |
| :10 | | |
| :20 | | |
| :30 | | |
| :40 | Arrive 16:43<br>V/A    A-7 | |
| :50 | X | |
| **17:00** | X | |
| :10 | X | |
| :20 | Depart 17:25 | Arrive 17:22<br>V/A    B-5 |
| :30 | | X |
| :40 | Arrive 17:45<br>V/A    A-8 . | X |
| :50 | X | X |

Accommodation of Delta on Virgin/Alaska Gates

**Page 2 of 3**

CITY SUPP APPX 06

## PROPOSED DELTA ACCOMMODATION

| | | |
|---|---|---|
| **18:00** | X | X |
| :10 | X | Depart 18:10 |
| :20 | Depart 18:25 | |
| :30 | | |
| :40 | | |
| :50 | | Delta Request No. 7    Arrive 18:50 |
| **19:00** | Delta Request No. 6   Arrive 19:00 | X |
| :10 | X | X |
| :20 | X | X |
| :30 | X | X        Depart 19:32 |
| :40 | X | |
| :50 | X       Depart 19:42 | |

| | | |
|---|---|---|
| **20:00** | | |
| :10 | | Delta Request No. 8    Arrive 20:10 |
| :20 | | X |
| :30 | | X |
| :40 | | X |
| :50 | Arrive 20:55, RON     V/A    A-9 | X        Depart 20:52 |
| **21:00** | X | |
| :10 | X | |
| :20 | X | |
| :30 | X | Arrive 21:33, RON      V/A    B-6 |
| :40 | | X |
| :50 | | X |
| **22:00** | Arrive 22:03, RON      V/A    A-10 | X |
| :10 | X | X |
| :20 | X | |
| :30 | X | |
| :40 | X | Arrive 22:41, RON      V/A    B-7 |
| :50 | X | Arrive 22:57, RON      V/A    B-8 |
| **23:00** | Flight operations cease | Flight operations must cease |

Accommodation of Delta on Virgin/Alaska Gates                    **Page 3 of 3**

# TAB 3

# DELTA'S SECOND ACCOMMODATION REQUEST



# VIRGIN/ALASKA'S REDUCED FLIGHT OPERATIONS

VIRGIN/
ALASKA
ARIV:22:03
DEPT:RON
A-10

VIRGIN/
ALASKA
ARIV:20:55
DEPT:RON
A-9

VIRGIN/
ALASKA
ARIV:22:50
DEPT:RON
B-8

VIRGIN/
ALASKA
ARIV:22:41
DEPT:RON
B-7

VIRGIN/
ALASKA
ARIV:21:33
DEPT:RON
B-6

VIRGIN/
ALASKA
ARIV:17:45
DEPT:18:25
A-8

VIRGIN/
ALASKA
ARIV:16:43
DEPT:17:25
A-7

VIRGIN/
ALASKA
ARIV:15:23
DEPT:16:05
A-6

VIRGIN/
ALASKA
ARIV:14:20
DEPT:15:10
A-5

VIRGIN/
ALASKA
ARIV:12:18
DEPT:13:50
A-4

VIRGIN/
ALASKA
ARIV:17:22
DEPT:18:10
B-5

VIRGIN/
ALASKA
ARIV:13:34
DEPT:14:30
B-4

VIRGIN/
ALASKA
ARIV:12:32
DEPT:13:15
B-3

VIRGIN/
ALASKA
ARIV:RON
DEPT:9:00
A-3

VIRGIN/
ALASKA
ARIV:RON
DEPT:8:00
A-2

VIRGIN/
ALASKA
ARIV:RON
DEPT:7:05
A-1

VIRGIN/
ALASKA
DEPT: 8:15
B-2

VIRGIN/
ALASKA
ARIV:RON
DEPT: 7:00
B-1

GATE A

GATE B

CITY SUPP APPX 009

# PROPOSED ACCOMMODATION OF
# DELTA'S SECOND REQUEST



| | |
|---|---|
| VIRGIN/ALASKA ARIV:RON DEPT:7:05 **A-1** | |
| VIRGIN/ALASKA ARIV:RON DEPT:8:00 **A-2** | |
| VIRGIN/ALASKA ARIV:RON DEPT:9:00 **A-3** | |
| PROPOSED DELTA ARIV: 9:30 DEPT:10:12 **NO. 1, 9** | |
| PROPOSED DELTA ARIV:11:00 DEPT:11:42 **NO. 2, 10** | |
| VIRGIN/ALASKA ARIV:12:18 DEPT:13:50 **A-4** | |
| VIRGIN/ALASKA ARIV:14:20 DEPT:15:10 **A-5** | |
| VIRGIN/ALASKA ARIV:15:23 DEPT:16:05 **A-6** | |
| VIRGIN/ALASKA ARIV:16:43 DEPT:17:25 **A-7** | |
| VIRGIN/ALASKA ARIV:17:45 DEPT:18:25 **A-8** | |
| PROPOSED DELTA ARIV:19:00 DEPT:19:42 **NO. 6** | |
| VIRGIN/ALASKA ARIV:20:55 DEPT:RON **A-9** | |
| VIRGIN/ALASKA ARIV:22:03 DEPT:RON **A-10** | |

| | |
|---|---|
| VIRGIN/ALASKA ARIV:RON DEPT: 7:00 **B-1** | |
| VIRGIN/ALASKA ARIV:RON DEPT: 8:15 **B-2** | |
| PROPOSED DELTA ARIV: 9:25 DEPT:10:00 **NO. 4** | |
| PROPOSED DELTA ARIV:10:40 DEPT:11:22 **NO. 3, 11** | |
| VIRGIN/ALASKA ARIV:12:32 DEPT:13:15 **B-3** | |
| VIRGIN/ALASKA ARIV:13:34 DEPT:14:30 **B-4** | |
| PROPOSED DELTA ARIV:15:10 DEPT:15:52 **NO. 5** | |
| VIRGIN/ALASKA ARIV:17:22 DEPT:18:10 **B-5** | |
| PROPOSED DELTA ARIV:18:50 DEPT:19:32 **NO. 7** | |
| PROPOSED DELTA ARIV:20:10 DEPT:20:52 **NO. 8** | |
| VIRGIN/ALASKA ARIV:21:33 DEPT:RON **B-6** | |
| VIRGIN/ALASKA ARIV:22:41 DEPT:RON **B-7** | |
| VIRGIN/ALASKA ARIV:22:57 DEPT:RON **B-8** | |

GATE A

GATE B

# TAB 4



Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW | Washington, DC  20036 | tel 202.663.8000 | fax 202.663.8007

Kenneth P. Quinn
tel 202.663.8898
kquinn@pillsburylaw.com

February 23, 2015

Mark Duebner
Director, Department of Aviation
City of Dallas
Dallas Love Field
8008 Cedar Springs Road, LB 16
Dallas, TX 753235-2852

   Re: Notice of Intent to Operate Additional Flights Starting August 15, 2015

Dear Mr. Duebner:

On behalf of Delta Air Lines, Inc. ("Delta"), I am writing to advise the City of Dallas ("City") that Delta has made a request of the carriers operating at Dallas Love Field ("DAL") — Southwest Airlines ("Southwest"), Virgin America ("Virgin"), and SeaPort Airlines ("SeaPort") (collectively "DAL Airlines") — for voluntary accommodation for eight additional flights beginning August 15, 2015 pursuant to Section 4.06F of the City's Amended and Restated Lease of Terminal Building Premises ("Use Agreement") on terms outlined by the U.S. Department of Transportation ("DOT"),[1] a copy of which is attached hereto as <u>Attachment A</u>.  In the event voluntary accommodation is not reached in a timely manner, Delta requests that the City begin the forced accommodation process prescribed by Section 4.06F of the Use Agreement.

As indicated in Attachment A, Delta has requested voluntary accommodation from the DAL Airlines as a first step in seeking accommodation under the Use Agreement.[2]

---

[1]  This request is independent from Delta's pending request for accommodation of five flights submitted in July 2014 that Delta is pursuing separately and seeking immediate forced accommodation from the City ("July 2014 Accommodation Request").  *See* Letter from K. Quinn, Pillsbury Winthrop Shaw Pittman LLP, to W. M.S. Ernst, City of Dallas (Feb. 23, 2015).

[2]  *See* Letter from K. Quinn, Pillsbury Winthrop Shaw Pittman LLP, to R. Kneisley, Southwest, T. Sieber, SeaPort Airlines, and J. Varley, Virgin America (Feb. 23, 2015)

City of Dallas
Exhibit_231
9/22/15

CITY SUPP APPX 11

Exhibit 231
3:15-cv-2069-K

Confidential             DELTA0005267
Exhibit 231.0001

February 23, 2015
Page 2

This request reflects the accommodation terms set forth by DOT and the City: (i) on-going accommodation as long as Delta continues to operate the accommodated schedule,[3] (ii) accommodation is provided at reasonable fees comprised of the direct leasing costs for the *pro-rata* share of subleased facilities, plus reasonable administrative costs,[4] and (iii) administrative costs are limited to fifteen percent (15%) of the direct leasing costs for the *pro-rata* share of subleased facilities.[5]

As shown on Attachment B, accommodation of Delta's eight flights can be accomplished on the 18 gates leased by Southwest based on an analysis of Southwest's published schedule as of the date of Delta's request, the "snapshot" date, looking forward 6-months from the "snapshot" date.   While the schedules would require two 25 minute separation periods between Southwest flights (rather than the 30 minutes assumed for other flights) and would require sharing of up to three gates, the proposed schedule would not require any adjustment to Southwest's published arrival or departure times.

Delta will keep your office informed of the response to Delta's voluntary accommodation request.

Thank you for your consideration of this important matter.

Sincerely,

Kenneth P. Quinn

CC:   The Honorable Kathryn Thomson, General Counsel, USDOT
Ronald Jackson, Assistant General Counsel for Operations, USDOT
Nancy Kessler, Senior Attorney, USDOT

---

[3]  *See* Letter from K. Thomson, DOT, to W. Ernst, City of Dallas at 2 (Dec. 17, 2014).

[4]  *See id.* at 3.

[5]  *See* City of Dallas, DAL Competition Plan Update (June 3, 2009) ("The City's current policy of limiting carriers to a 15 percent administrative fee is still in force.").

**CITY SUPP APPX 12**

Confidential

DELTA0005268
Exhibit 231.0002

February 23, 2015
Page 3

Eduardo Angeles, FAA Associate Administrator for Airports
Daphne Fuller, Assistant Chief Counsel, FAA Airports & Environmental Law
Randy Fiertz, FAA Director, Office of Airport Compliance and Management
Analysis
Byron Huffman, Manager, Airports Division, FAA Southwest Region
Robert W. Kneisley, Associate General Counsel, Southwest Airlines Co.
A.C. Gonzalez, City Manager
Warren M.S. Ernst, City Attorney

**CITY SUPP APPX 13**

Confidential

DELTA0005269
Exhibit 231.0003



Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW | Washington, DC  20036  | tel 202.663.8000 | fax 202.663.8007

Kenneth P. Quinn
tel 202.663.8898
kquinn@pillsburylaw.com

February 23, 2015

<u>Via Email</u>

Robert W. Kneisley                          John Varley
Associate General Counsel                   Senior Vice President – General Counsel
Southwest Airlines Co.                       Virgin America
1901 L Street NW                             555 Airport Freeway, FL2
Suite 640                                    Burlingame, CA 94010
Washington, DC 20036

Timothy F. Sieber
Executive Vice President
SeaPort Airlines
7505 NE Airport Way
Portland, OR 97218

Re:     <u>Voluntary accommodation at Dallas Love Field of Delta Air Lines,
        Inc.</u>

Dear Bob, John, and Tim:

On behalf of Delta Air Lines ("Delta"), pursuant to Section 4.06 of the Amended and
Restated Lease of Terminal Building Premises Agreement ("Use Agreement"), I am
writing to request accommodation of eight new roundtrip flights at Dallas Love Field
("DAL") for Delta as set forth in <u>Attachment A</u>.[1]  Consistent with the standards
reflected in the Department of Transportation's ("DOT") December 17, 2014 letter to

---

[1]  Delta's eight new flights will include two flights between DAL and each of the following cities:
Atlanta, Georgia; Salt Lake City, Utah; Detroit, Michigan; and Minneapolis-St. Paul, Minnesota.
This request is distinct from Delta's efforts to secure accommodation for its existing schedule of five
daily DAL departures and arrivals, which both DOT and the City have determined must be
accommodated in accordance with federal law and DAL's federal grant assurance obligations.

www.pillsburylaw.com                                          405089949v6

**CITY SUPP APPX 14**

Confidential

DELTA0005270
**Exhibit 231.0004**

February 23, 2015
Page 2

the City of Dallas ("City"),[2] Delta is prepared to pay the "direct leasing costs for the *pro-rata* share of subleased facilities, plus a reasonable allowance for administration,"[3] in this case, 15% of the *pro-rata* share of the subleased facilities.[4]

The Use Agreement and the Virgin America Love Field Commitment Agreement require accommodation of Delta's flights "at such times that will not unduly interfere"[5] with the accommodating carrier's operating schedule. As of today, ample space exists to accommodate Delta's eight new roundtrip flights based on the accommodating carriers' current flight schedules.

We request a response within the next fourteen (14) days. By copy, we are simultaneously notifying the Dallas Department of Aviation ("DOA") of this request for voluntary accommodation under the accommodation procedures set forth under Section 4.06 of the Use Agreement. It is our hope, however, that we reach a permanent, consensual resolution without resort to mandated accommodation.

We kindly request your replies by March 9, 2015. Thank you for your consideration.

Sincerely,

Kenneth P. Quinn

cc:     Peter Haskel, City of Dallas
        The Honorable Kathryn Thomson, General Counsel, USDOT

---

[2] Letter from K. Thomson, DOT General Counsel, to W. Ernst, City of Dallas (Dec. 17, 2014).

[3] Letter from K. Thomson, DOT General Counsel, to W. Ernst, City of Dallas (Dec. 17, 2014).

[4] The City limits the administration fee to 15%. DAL 2009 Competition Plan Update, Letter from D. Weber, Director of Aviation, City of Dallas, to B. DeLeon, Director, Office of Airport Planning and Programming at 7 (June 3, 2009) (noting "current policy of limiting carriers to a 15 percent administrative fee is still in force").

[5] Use Agreement § 4.06.F; Virgin Love Field Commitment Agreement, Ex.A, § 1.2.

**CITY SUPP APPX 15**

Confidential

DELTA0005271
Exhibit 231.0005

February 23, 2015
Page 3

Todd Homan, USDOT
Cindy Baraban, Senior Attorney, USDOT
Richard B. Hirst, Delta Air Lines, Inc.
Mark Shaw, Southwest Airlines Co.
Robert Cohn, Hogan Lovells, Counsel to Virgin America
Roy Goldberg, Steptoe & Johnson, Counsel to Southwest Airlines Co.

**CITY SUPP APPX 16**

Confidential

DELTA0005272
Exhibit 231.0006

February 23, 2015
Page 4

**ATTACHMENT A**

| ORIG | DEPT | DEST | ARR | EQP | FREQ | | ORIG | DEPT | DEST | ARR | EQP | FREQ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DAL | 10:00 | MSP | 12:30 | DL 717 | D | | MSP | 7:00 | DAL | 9:25 | DL 717 | D |
| DAL | 18:10 | MSP | 20:40 | DL 717 | D | | MSP | 15:10 | DAL | 17:35 | DL 717 | D |
| DAL | 6:15 | SLC | 8:00 | DL 717 | D | | SLC | 9:45 | DAL | 13:25 | DL 717 | D |
| DAL | 14:00 | SLC | 15:45 | DL 717 | D | | SLC | 19:55 | DAL | 23:35 | DL 717 | D |
| DAL | 7:45 | DTW | 11:30 | DL 717 | D | | DTW | 12:15 | DAL | 14:05 | DL 717 | D |
| DAL | 15:00 | DTW | 18:45 | DL 717 | D | | DTW | 19:40 | DAL | 21:30 | DL 717 | D |
| DAL | 6:00 | ATL | 9:05 | DL 717 | D | | ATL | 12:15 | DAL | 13:27 | DL 717 | D |
| DAL | 14:05 | ATL | 17:20 | DL 717 | D | | ATL | 19:15 | DAL | 20:30 | DL 717 | D |

**CITY SUPP APPX 17**

Confidential

DELTA0005273
Exhibit 231.0007



Confidential

DAL

ARIS/SP® stand planner. Ascent Technology, Inc.  www.ascent.com

CITY SUPP APPX 18

DELTA0005274
Exhibit 231.0008

Attachment B



ARIS/SP® stand planner. Ascent Technology, Inc.   www.ascent.com

DAL

Confidential

DELTA0005275
Exhibit 231.0009

# TAB 5

VIRGIN AMERICA INC.   30(b)(6), Confidential
CITY OF DALLAS v DELTA AIR LINES

September 28, 2018
26

```
13              MR. FALCONER:  Okay.  Can you mark this,
14       please.
15                           (Exhibit 1437 was marked for
16                            identification.)
17  Q.    (BY MR. FALCONER) The court reporter's going to hand
18       you what's been marked as Exhibit 1437.
19  A.    Okay.
20  Q.    Do you recognize Exhibit 1437?
21  A.    Yes.
22  Q.    Exhibit 1437 is a document that Virgin and Alaska
23       filed with the court in this case providing notice of
24       its flight schedule at Love Field, correct?
25  A.    Yes.
```



```
 1   Q.    And according to Exhibit 1437, as of October 2018,

 2         Alaska Airlines is planning to operate 13 daily

 3         flights at Love Field, correct?

 4   A.    Yes.

 5   Q.    You see that this document was filed with the Court

 6         in middle of August of this year?

 7   A.    Yes.

 8   Q.    That is still Alaska's plan, even as we sit here

 9         today, a month and a half later, 13 daily flights in

10         and out of Love Field for the foreseeable future,

11         correct?

12   A.    Yes.

13   Q.    Will you turn to the document that's at the back of

14         Exhibit 1437, it's marked as Exhibit 2.

15   A.    Uh-huh.  Yes.

16   Q.    This is a breakdown of the times that Alaska is

17         going to fly and in and out of Love Field and the

18         destinations it'll fly to and from, correct?

19   A.    Yes.

20   Q.    And Exhibit 2 that's attached to Exhibit 1437 shows

21         three daily flights in and out of San Francisco and

22         LAX, two daily flights out of San Jose, Portland and

23         Seattle and then one out of San Jose, correct?

24   A.    Yes.

25   Q.    And this remains Alaska's current schedule -- or
```



CITY SUPP APPX 21

1        sorry, currently planned schedule for Love Field for

2        the foreseeable future, correct?

3   A.   Yes.

4   Q.   Keep -- keep 1437 --

5   A.   Okay.

6   Q.   -- handy, I'm going to ask you another question

7        about it but we're going to hand you Exhibit 1438

8        here first.

9                         (Exhibit 1438 was marked for

10                         identification.)

11                  THE WITNESS:   Thank you.

12  Q.   (BY MR. FALCONER) Do you recognize Exhibit 1438 as a

13       document that Alaska has produced in discovery in

14       this case?

15  A.   Yes.

16  Q.   What is Exhibit 1438?

17  A.   It's a listing of the frequency and the destinations

18       for period -- from September 2018 through August

19       2019.

20  Q.   And beginning in November of 2018 and ending in

21       August of 2019, this schedule shows Alaska operating

22       13 daily flights at Love Field, correct?

23  A.   Yes.

24  Q.   Is it -- does this Exhibit 1438 reflect the same 13

25       daily flights that we just looked at in Exhibit 1437?



VIRGIN AMERICA INC.   30(b)(6), Confidential                    September 28, 2018
CITY OF DALLAS v DELTA AIR LINES                                               29

```
1   A.      Yes.

2   Q.      Is Exhibit 1438 a complete and accurate summary of

3           Alaska's planned utilization of its subleased gates

4           at Love Field for the next twelve months?

5   A.      At this current time.

6   Q.      That's a yes?

7   A.      Yes.
```

**CITY SUPP APPX 23**

VIRGIN AMERICA INC.   30(b)(6), Confidential                  September 28, 2018
CITY OF DALLAS v DELTA AIR LINES                                            234

```
 1   Q.    Look at 1437, you looked at this earlier with Mr.
 2         Falconer?
 3   A.    Okay.
 4   Q.    That's a file -- that's not the right document.
 5         This is a -- a court filing?
 6   A.    Oh, never mind.
 7   Q.    Virgin America submission regarding flight schedule.
 8   A.    Yes.
 9   Q.    Do you see that?
10   A.    Yes.
11   Q.    All right.  So this was a document that American --
12         I'm sorry, that Alaska filed with the Northern
13         District Court August 17, 2018, do you see that?
14   A.    Yes.
15   Q.    And so "Starting October 2018, Alaska is making the
16         following changes," let's read through these, all
17         right?
18   A.    Yes.
19   Q.    "2-A, Virgin/Alaska will stop flying between Love
20         Field and Washington Reagan airport and New York
21         LaGuardia, which will decrease its Love Field flights
22         by seven daily flights," correct?
23   A.    Yes.
24   Q.    "B, Virgin Alaska will add one new daily flight
25         between Love Field and Portland," right?
```



 1   A.   Yes.

 2   Q.   "C, Virgin Alaska will add one new daily flight from

 3        Love Field to San Jose," did I read that correctly?

 4   A.   Yes.

 5   Q.   So the net effect of these changes is a decrease of

 6        five daily flights, right?

 7   A.   Yes.

 8   Q.   Therefore from October 2018 on, Alaska's current

 9        plans are that it will operate 13 daily flights at

10        Love Field?

11   A.   Yes.

CITY SUPP APPX 25

# TAB 6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CITY OF DALLAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| DELTA AIR LINES, INC., SOUTHWEST | § | CIVIL ACTION NO. 3:15-CV-02069-K |
| AIRLINES CO., VIRGIN AMERICA INC., | § | |
| AMERICAN AIRLINES, INC., and UNITED | § | |
| AIRLINES, INC. | § | |
| | § | |
| Defendants. | § | |

## VIRGIN AMERICA'S SUBMISSION REGARDING FLIGHT SCHEDULE

Virgin America Inc., which has merged into Alaska Airlines, Inc. ("Virgin/Alaska"), submits this memorandum and attachment regarding Virgin/Alaska's current and future gate usage at Dallas Love Field Airport ("Love Field"), on Gates 11 and 13.

1. Current schedule:  Virgin/Alaska currently operates eighteen (18) daily flights out of Gates 11 and 13.  These flights serve New York, Washington, D.C., Los Angeles, San Francisco, Seattle, and Portland.

2. Expected schedule:  In October, Virgin/Alaska expects to make the following changes to its daily flight schedule:

   a. Virgin/Alaska will stop flying between Love Field and Washington Reagan Airport (DCA), and New York LaGuardia (LGA), which will decrease its Love Field flights by seven (7) daily flights.

   b. Virgin/Alaska will add one (1) new daily flight between Love Field and Portland International Airport (PDX).

   c. Virgin/Alaska will add one (1) new daily flight from Love Field to San Jose International Airport (SJC).

**CITY SUPP APPX 26**

1


EXHIBIT
1437
Kirby

The net effect of these changes is a decrease of five (5) daily flights. Therefore, from October on, under current plans, Virgin/Alaska will operate thirteen (13) daily flights at Love Field, between Los Angeles, San Francisco, Seattle, Portland, and San Jose.

Virgin/Alaska is evaluating further plans for additional gate usage at Love Field. There are no discussions with any carrier about subleasing all or any portion of Virgin/Alaska's gate capacity at Love Field.

Exhibit 1 to this filing contains a visual representation of the Virgin/Alaska gate usage on a daily basis for the two gates at Love Field under the new schedule ("Winter A"), as compared to the current schedule ("Fall"). The colored bars represent the time an aircraft is on the ground, and the triangles represent when the aircraft departs or arrives.

Exhibit 2 also shows each of the daily flights planned for the new schedule, including information regarding arrival/departure times, origin and destination, aircraft equipment, and seating, as generated by Virgin/Alaska's internal systems.

Virgin/Alaska makes this submission at the Court's request and reserves its relevant rights, including under the Love Field Commitment Agreement with the City of Dallas.

Date:   August 17, 2018                         Respectfully submitted,

                                                s/Barry Barnett
                                                Barry Barnett
                                                State Bar No. 01778700
                                                Susman Godfrey L.L.P.
                                                8115 Preston Road, Suite 575
                                                Dallas, Texas 75225
                                                Telephone: 713-651-9366
                                                Facsimile: 713-654-6666
                                                bbarnett@susmangodfrey.com

2

CITY SUPP APPX 27

Abigail C. Noebels
State Bar No. 24083578
Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Phone: 713-651-9366
Fax: 713-654-6666
anobebels@susmangodfrey.com

**ATTORNEYS FOR VIRGIN AMERICA, INC.**

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August, 2018, my office submitted a true and correct copy of this Virgin America's Notice of Submission Regarding Flight Schedule to the Clerk of the Court of the United States District Court, Northern District of Texas, using the CM/ECF system, and served a copy of it on all counsel that have appeared in this case through this Court's electronic filing system.

s/Barry Barnett
Barry Barnet

4

CITY SUPP APPX 29

EXHIBIT 1

CITY SUPP APPX 30

Alaska Airlines - DAL  2018 Fall_Winter A Gate Comparison



CITY SUPP APPX 31



# EXHIBIT 2

CITY SUPP APPX 33

Schedule Daily Bank Structure Report for AS Passenger (Air - All) flights from DAL for travel on November 12, 2018

| Seats | Equip | Mkt Al | Flight | Stops | Orig | Dep Time | Hub Time | Arr Time | Dest | Stops | Mkt Al | Flight | Equip | Seats |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 0700 | 0916 | SJC | 0 | AS | 3428 | E75 | 76 |
| | | | | | | | 0705 | 0928 | PDX | 0 | AS | 3383 | E75 | 76 |
| | | | | | | | 0800 | 0946 | LAX | 0 | AS | 3321 | E75 | 76 |
| | | | | | | | 0815 | 1055 | SEA | 0 | AS | 3437 | E75 | 76 |
| | | | | | | | 0900 | 1103 | SFO | 0 | AS | 3497 | E75 | 76 |
| 76 | E75 | AS | 3404 | 0 | SFO | 0700 | 1232 | | | | | | | |
| 76 | E75 | AS | 3320 | 0 | LAX | 0800 | 1303 | | | | | | | |
| | | | | | | | 1315 | 1447 | SAN | 0 | AS | 3423 | E75 | 76 |
| 76 | E75 | AS | 3308 | 0 | PDX | 0750 | 1345 | | | | | | | |
| | | | | | | | 1350 | 1536 | LAX | 0 | AS | 3323 | E75 | 76 |
| 76 | E75 | AS | 3360 | 0 | SEA | 0810 | 1426 | | | | | | | |
| | | | | | | | 1430 | 1633 | SFO | 0 | AS | 3395 | E75 | 76 |
| | | | | | | | 1510 | 1726 | SJC | 0 | AS | 3329 | E75 | 76 |
| 76 | E75 | AS | 3461 | 0 | SJC | 0955 | 1523 | | | | | | | |
| | | | | | | | 1605 | 1845 | SEA | 0 | AS | 3379 | E75 | 76 |
| 76 | E75 | AS | 3322 | 0 | LAX | 1110 | 1613 | | | | | | | |
| | | | | | | | 1715 | 1901 | LAX | 0 | AS | 3325 | E75 | 76 |
| 76 | E75 | AS | 3406 | 0 | SFO | 1150 | 1722 | | | | | | | |
| 76 | E75 | AS | 3465 | 0 | PDX | 1200 | 1745 | | | | | | | |
| | | | | | | | 1810 | 2013 | SFO | 0 | AS | 3481 | E75 | 76 |
| | | | | | | | 1825 | 2048 | PDX | 0 | AS | 3361 | E75 | 76 |
| 76 | E75 | AS | 3306 | 0 | SAN | 1555 | 2055 | | | | | | | |
| 76 | E75 | AS | 3324 | 0 | LAX | 1630 | 2133 | | | | | | | |
| 76 | E75 | AS | 3328 | 0 | SJC | 1635 | 2203 | | | | | | | |
| 76 | E75 | AS | 3438 | 0 | SEA | 1625 | 2241 | | | | | | | |
| 76 | E75 | AS | 3408 | 0 | SFO | 1725 | 2257 | | | | | | | |

Diio Mi Schedule Daily Bank Structure Report run on July 17, 2018 by AS-NH with Parameters:

| | |
|---|---|
| Marketing Airlines | AS |
| Trip Origin | DAL |
| Orig/Dest Country/Region | |
| Stage Length | 0 To 25000 Miles |
| Stops | 0 |
| Seats Lower Bound | 0 Seats Upper Bound 999 |
| Show Operating Airlines? | No |
| Include Restricted Flights? | Yes |
| Show Airport Terminals? | No |
| Service Type | Passenger (Air - All) |
| Travel Period | on November 12, 2018 |
| Show overlapping markets in both directions? | No (Half Alpha) |

**CITY SUPP APPX 34**

# TAB 7

Schedule Weekly Dynamic Table Report for AS, VX, K5, K6 nonstop Passenger (Air - All) flights from DAL to  for travel between September 2018 and August 2019

All flights, seats, ASMs, and other metrics are reported per week from one sample week per month.  Please see the 'Data Date Ranges' page under the 'Codes and Dates' menu for sample week dates.
All flight and seat counts based on the month's sample week (see 'Codes & Dates' tab for sample week dates).

| Date | | | Sep 2018 | Oct 2018 | Nov 2018 | Dec 2018 | Jan 2019 | Feb 2019 | Mar 2019 | Apr 2019 | May 2019 | Jun 2019 | Jul 2019 | Aug 2019 | TOTAL |
| Airline Code | Origin Code | Destination Code | Flights | Flights | Flights | Flights | Flights | Flights | Flights | Flights | Flights | Flights | Flights | Flights | Flights |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AS | DAL | DCA | 3 | 3 | | | | | | | | | | | 6 |
| AS | DAL | LAX | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 36 |
| AS | DAL | LGA | 4 | 4 | | | | | | | | | | | 8 |
| AS | DAL | PDX | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 22 |
| AS | DAL | SAN | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 12 |
| AS | DAL | SEA | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 24 |
| AS | DAL | SFO | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 36 |
| AS | DAL | SJC | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 22 |
| | | TOTAL | 18 | 18 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 166 |

Schedule Weekly Dynamic Table Report run on September 27, 2018 by AS-JK with Parameters:

| | |
|---|---|
| Marketing Airline Codes | AS, VX, K5, K6 |
| Operating Airline Codes | |
| Alliance | None |
| Origin Airports | DAL |
| Origin Region | ALL |
| Destination Airports | ALL |
| Destination Region | |
| Markets | |
| Stage Length | 0 To 25000 Miles |
| Stops | 0 |
| Seats Lower Bound | 0 Seats Upper Bound 999 |
| Equipment | All Equipment |
| Include Restricted Flights? | No |
| Include Both Directions? | No |
| Use Data Loaded | This Week |
| Service Type | Passenger (Air - All) |
| Row Fields | Time Period (Match Input) |
| Column Fields | Marketing Airline Code, Origin Code, Destination Code |
| Data Fields | Flights |
| Travel Period | between September 2018 and August 2019 |
| Data Groupings | In Columns |
| Days of Week | Mon: no Tue: no Wed: no Thu: yes Fri: no Sat: no Sun: no |
| Show overlapping markets in both directions? | No (Half Alpha) |

EXHIBIT
1438
Kirby
PENGAD 800-631-6989

# TAB 8

**△ DELTA** 

**Delta Air Lines, Inc.**
Post Office Box 20706
Atlanta, Georgia 30320-6001

June 13, 2014

Mr. Chris Czarnecki
Manager – Properties
Southwest Airlines Co.
2702 Love Field Drive
Dallas, TX 75235-1611

Dear Chris;

Delta Air Lines, Inc. ("Delta") has provided Air Service from Love Field ("DAL") since July, 2009.  Due to the limitations of available leasable real estate as a result of the Amended and Restated Lease of Terminal Building Premises (Airport Use and Lease Agreement) ("the lease"), approved by the Dallas City Council by resolution No. 08-3405, on December 10, 2008, Delta has been operating in American Airlines, Inc.("AA"), premises under a sublease.

With the completion of the Love Field Modernization Program, our operation is scheduled to relocate to the new facility at the end of September, 2014.  With this relocation, AA has sent Delta a notice terminating our sublease, effective October, 12, 2014.

Delta will continue providing Air Service from DAL after this date, with 6 daily round trip flights to ATL.  The published schedule is as follows:

| **OUTBOUND** | | **INBOUND** | |
|---|---|---|---|
| **Flight** | **From/To Leave** | **Flight** | **From/To Arrive** |
| 2410 DAL/ATL | 06:00 | 2428 ATL/DAL | 09:30 |
| 2428 DAL/ATL | 10:05 | 2467 ATL/DAL | 12:00 |
| 2467 DAL/ATL | 12:35 | 2445 ATL/DAL | 13:50 |
| 2445 DAL/ATL | 14:25 | 2463 ATL/DAL | 16:55 |
| 2463 DAL/ATL | 16:30 | 2485 ATL/DAL | 18:15 |
| 2485 DAL/ATL | 18:50 | 2409 ATL/DAL | 21:05  **(RON)** |

Section 4.06 (F) of the lease, **Accommodation of Requesting Airlines** requires that a requesting airline must contact all Signatory Airlines in writing with our request.  Please accept this as Delta's formal request for access to the following space in order to provide our published schedule service:

1.  **Gate**
2.  **Two ticket counter positions with appropriate queuing**
3.  **ATO and operations space**

EXHIBIT  48
WIT:
DATE:  9-11-15
JULIE BRANDT, RMR, CRR

Page 2

We look forward to hearing back from you on your availability to accommodate Delta's operation at DAL.

Sincerely;

*Mike*

Mike Anastas
Regional Director
Delta Air Lines, Inc.

Cc    Mark Duebner – Director of Aviation
       Carolina Roa Meza – Executive Manager for Real Estate

**CITY SUPP APPX 37**

DELTA0012051

# TAB 9

# AFFIDAVIT

THE STATE OF TEXAS     §
                             §
COUNTY OF DALLAS    §

BEFORE ME, the undersigned authority, a notary public in and for the State of Texas, on this day appeared Charles Estee who is personally known to me, and who, after being duly sworn according to law, upon oath deposed and said:

"My name is Charles Estee. I am an attorney licensed to practice law in the State of Texas and before this Court. I am competent to testify, I have personal knowledge of the matters stated herein, and they are true and correct. I have been employed by the City of Dallas as an assistant city attorney since 2000. Abbreviations and naming conventions previously used in the City's filings in this case are used in this affidavit.

I am one of the attorneys representing the City of Dallas ("City") in the action styled and numbered *City of Dallas v. Delta Air Lines, Inc., et al.*, Civil Action No. 3:15-CV-02069-K (N. D. Tex.).

Attached as Tab 4 is a true and correct copy of Exhibit 231 from depositions and the preliminary injunction hearing in this case. It was also referenced as Exhibit 98. It is a letter dated February 23, 2015 from Delta's counsel. It was also filed in the appendix supporting Delta's request for a temporary restraining order and the appendix supporting the City's motion for summary judgment, respectively, at ECF No. 24 at 57-65 and 438-1 at 152-160.

Attached as Tab 5 is a true and correct copy of an excerpt of the deposition of John Kirby. He was deposed on September 28, 2018 and was designated and testified as a corporate representative for Alaska Airlines.

Attached as Tab 6 and Tab 7 are true and correct copies of Exhibits 1437 and 1438, respectively, from that deposition. Exhibit 1437 is also a copy of a filing by Virgin/Alaska filed as ECF Number 504, 504-1, and 504-2.

Attached as Tabs 1, 2, and 3 are summaries and depictions of Virgin/Alaska flight operations as indicated in Tab 6, Delta's second accommodation request as indicated in Tab 4, and a possible accommodation of Delta's second request.

**AFFIDAVIT**

**Page 1 of 2**

**CITY SUPP APPX 38**

Attached as Tab 8 is a true and correct copy of Exhibit 48 from depositions and the preliminary injunction hearing in this case.  It was also filed with the appendix in support of Delta's motion for summary judgment at ECF No. 363-1 at 233-234.

I am one of the custodians of records for the Dallas City Attorney's Office and I am familiar with the manner with which its records are created and maintained.  It was the regular course of business for the City's Attorney's Office for an employee with knowledge of the act, event, or condition to make a record or to transmit information thereof to be included in such record, and that such records be made at or near the time, or reasonably soon thereafter.  The attached items, except for Tabs 1-3, are true and correct copies of the City's records and the above referenced items.  The records were documents to which the City was a party or copied or were produced pursuant to discovery and/or admitted as evidence at the preliminary injunction hearing in this case.

Further, Affiant sayeth not."


_____

CHARLES S. ESTEE



SUBSCRIBED AND SWORN TO BEFORE ME, on this the _28th_ day of November

2018.


_____

NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS



LISA TATE PENNEY
Notary Public
STATE OF TEXAS
ID#260790-4
My Comm. Exp. Oct. 24, 2022


**AFFIDAVIT**                                                                                                  **Page 2 of 2**