IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CITY OF DALLAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:15-CV-2069-K |
| | § | |
| DELTA AIRLINES, INC., SOUTHWEST AIRLINES CO., VIRGIN AMERICA INC., AMERICAN AIRLINES, INC., UNITED AIRLINES, INC., SEAPORT AIRLINES, INC., UNITED STATES DEPARTMENT OF TRANSPORTATION, and THE FEDERAL AVIATION ADMINISTRATION, | §§§§§§§§ | |
| | § | |
| Defendants. | § | |

# ORDER

This case is currently set on the Court's three (3) week docket beginning September 9, 2029. The Court hereby **continues** the current trial setting to the Court's three (3) week docket beginning **February 3, 2020**. The following deadlines set forth in the Court's Scheduling Order (Doc. No. 566) are hereby modified. The required Rule 26(a) disclosures as set forth in Paragraph 9 must be made by **December 23, 2019**. The pretrial materials set forth in Paragraph 11 must be filed with the Court **on or before January 13, 2020**. Finally, the requirements set forth in Paragraphs 13

ORDER – PAGE 1

and 14 will follow the same deadlines. Any other deadlines not expressly continued or extended in this Order remain unchanged.

**SO ORDERED.**

Signed August 7th, 2019.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE