## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| CITY OF DALLAS, | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:15-CV-02069-K |
| v. | § | |
| | § | |
| DELTA AIRLINES, INC. *et al.*, | § | |
| Defendants. | § | |

## ALASKA AIRLINES, INC.'S
## DESIGNATION OF NEW LEAD COUNSEL AND
## <u>MOTION TO WITHDRAW RETIRED COUNSEL</u>

Pursuant to Local Rule 83.12, Defendant Alaska Airlines, Inc. ("Defendant") moves to withdraw T. Ray Guy as lead counsel of record for Defendant in this matter. Mr. Guy retired from the firm of Weil, Gotshal & Manges LLP effective December 31, 2019. Defendant will continue to be represented by its current counsel, Weil, Gotshal & Manges, LLP. Defendant further designates Paul R. Genender, who previously entered an appearance as counsel for Defendant, as lead counsel for Defendant in the above-referenced matter, Civil Action No. 3:15-CV-02069-K. Defendant anticipates no disruption to the parties or the Court by Mr. Guy's withdrawal.

Defendant also advises the Court that each party has confirmed it does not object to the withdrawal of Mr. Guy pursuant to Local Rule 7.1.

Defendant hereby asks that the Court enter an order approving the withdrawal of Mr. Guy as counsel for Defendant and granting it such other and further relief to which it is entitled.

Dated:  January 9, 2020

Respectfully Submitted,

_/s/ Paul R. Genender_____
Paul R. Genender – Texas Bar No. 00790758
Nathan White – Texas Bar No. 24084084
Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
(214) 746-7877
paul.genender@weil.com
nathan.white@weil.com

**_Attorneys for Defendant_**
**_Alaska Airlines, Inc._**

By:  _/s/ T. Ray Guy_____
T. Ray Guy – Texas Bar No. 08648500
Frost Brown Todd LLC
3500 Maple Avenue, Suite 1200
Dallas, Texas 75219
(214) 545-5933
(214) 545-3473 (facsimile)
rguy@fbtlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 9, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Texas using the electronic case filing system of the Court.  Service on all attorneys of record who are Filing Users will be automatically accomplished through Notice of Electronic Filing.

<u>      /s/ Paul R. Genender         </u>
Paul R. Genender