IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CITY OF DALLAS,<br>　　Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC., SOUTHWEST AIRLINES CO., VIRGIN AMERICA AIRLINES INC., AMERICAN AIRLINES, INC., UNITED AIRLINES, INC., SEAPORT AIRLINES, INC, UNITED STATES DEPARTMENT OF TRANSPORTATION, AND THE FEDERAL AVIATION ADMINISTRATION,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:15-CV-02069-K |

**PLAINTIFF'S UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff, City of Dallas (the "City"), files this unopposed motion and request that Charles S. Estee be permitted to withdraw as counsel in this case. In support of this motion and as required by Local Rule 83.12(a), Defendant states:

1. Charles S. Estee has previously appeared as counsel for Plaintiff and is listed as an attorney of record, Texas Bar No. 06673600.

2. Mr. Estee has resigned from and will no longer be with the Dallas City Attorney's Office.

3. Plaintiff consents to his withdrawal, with no present need to substitute any counsel.

4. None of the other parties oppose this motion.

5. Grant of this motion will not prejudice any party, nor cause any delay.

6. Accordingly, Plaintiff respectfully request that Charles S. Estee be allowed to withdraw as counsel for Plaintiff in this case. Further, the clerk is requested to terminate CM/ECF notices to Mr. Estee for this civil action.

Respectfully submitted,

OFFICE OF THE CITY ATTORNEY
CITY OF DALLAS, TEXAS

*/s/Charles S. Estee*
Charles S. Estee
Texas Bar No. 06673600
Assistant City Attorney
charles.estee@dallascityhall.com

Stacy Rodriguez,
Texas Bar No. 11016750
Assistant City Attorney
stacy.rodriguez@dallascityhall.com

7BN Dallas City Hall
1500 Marilla Street
Dallas, Texas 75201
Telephone – 214/670-3519
Telecopier – 214/670-0622

**ATTORNEYS FOR PLAINTIFF
CITY OF DALLAS**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was submitted to the Clerk of Court using the CM/ECF System for such electronic filing on this 3rd day of September, 2021. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all parties registered under the CM/ECF System to receive service electronically.

By:  /s/ *Charles S. Estee*