IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CITY OF DALLAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:15-CV-2069-K |
| | § | |
| DELTA AIR LINES, INC., | § | |
| SOUTHWEST AIRLINES CO., VIRGIN | § | |
| AMERICA INC., AMERICAN | § | |
| AIRLINES, INC., UNITED AIRLINES, | § | |
| INC., SEAPORT AIRLINES, INC., | § | |
| UNITED STATES DEPARTMENT OF | § | |
| TRANSPORTATION, and THE | § | |
| FEDERAL AVIATION | § | |
| ADMINISTRATION, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Before the Court is the Parties' Joint Motion to Approve Settlement and Joint Stipulation and Motion for Order Voluntarily Dismissing All Parties' Claims Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) (Doc. No. 705). Having considered the Settlement Agreement and the Joint Motion, the Court determines that entering into the Settlement Agreement is appropriate and makes the following findings:

ORDER – PAGE 1

**IT IS HEREBY ORDERED:**

1. That the Parties' Joint Motion to Approve Settlement and Joint Stipulation and Motion for Order Voluntarily Dismissing All Parties' Claims Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) is **GRANTED**;

2. That the Court approves entry and execution of the Settlement Agreement by the parties;

3. That the Settlement Agreement shall be implemented in accordance with its terms;

4. That all parties' claims that were raised, that could have been raised, or that arise out of or relate to the facts, allegations or claims at issue in this action, are **dismissed with prejudice**;

5. That each party shall bear its own litigation costs and fees, except insofar as separately agreed, including in the Settlement Agreement;

6. That the Court shall retain jurisdiction over this case consistent with the terms of the Settlement Agreement;

7. That the Court shall have the power to enforce the Settlement Agreement through all remedies permitted by law; and

8. That this is a final order of the Court and fully and finally resolves the referenced action.

**SO ORDERED.**

Signed November 28th, 2022.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE

ORDER – PAGE 3